## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| John Doe | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 8:22-cv-01623-DOC-DFM |
| v. | |
| Regents of The University of California et al | NOTICE OF CLERICAL ERROR |
| DEFENDANT(S) | |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☐ docket entry  have/has been corrected as indicated below.

Title of scanned document: _____

Filed date: _____  Document Number(s): _____

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected.  The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document . The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document . The correct magistrate judge's initials are: _____ .

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____ . The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern  division. Pursuant to General Order 19-03, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern  division. The former case number _____ has been reassigned to new case number _____ .

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF  was stamped on the document. The correct date is _____ .

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other:  Document # 4 and 5 Due to clerical error.  The docket clerk docketed the Notice to Parties of Court-Directed ADR Program and Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge was docketed without the judges initials.

CLERK, U.S. DISTRICT COURT

Date: September 1, 2022        By: G. Hunt (Geneva_Hunt@cacd.uscourts.gov)
                                   Deputy Clerk