# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE<br><br>PLAINTIFF(S)<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>8:22–cv–01623–DOC–DFM<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

|  8/31/2022  |  1  |  Complaint  |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1–1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

*Other Error(s):*

Clerk, U.S. District Court

Dated: September 1, 2022        By:  /s/ *Geneva Hunt  geneva_hunt@cacd.uscourts.gov*
                                          Deputy Clerk