# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE<br><br>PLAINTIFF(S)<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>8:22–cv–01623–DOC–DFM<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 8/31/2022 | 1 | Complaint |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Attachments 1 Civil Cover Sheet, # 2 Signed Application Application to Proceed without Prepaying Fees or Costs are attached to the Complaint. Each of these documents should have been filed and entered separately under its correct event/relief. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: September 1, 2022          By: /s/ *Geneva Hunt  geneva_hunt@cacd.uscourts.gov*
                                       Deputy Clerk