ROSA HIRJI, ESQ. | SBN 204722
*rosa@rkhlawoffice.com*
ALEX RODRIGUEZ | SBN 322700
*alex@rkhlawoffice.com*
**LAW OFFICES OF HIRJI & CHAU, LLP**
5173 Overland Avenue
Culver City, CA  90230
Tel. (310) 391-0330 // Fax (310) 943-0311

*Attorneys for Plaintiff* JOHN DOE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>                              Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, and DOES 1 through 10, inclusive,<br><br>                              Defendants. | Case No.: 8:22-cv-01623 DOC (DFMx)<br><br>**DECLARATION OF ALEX RODRIGUEZ IN SUPPORT OF PLAINTIFF'S MOTION TO TRANSFER VENUE**<br><br>Hearing Date:          October 16, 2022<br>Hearing Time:          8:30 AM<br><br>Complaint Filed:      August 31, 2022 |

//
//
//
//
//
//
//
//

**1**
**DEC. OF ALEX RODRIGUEZ IN SUPPORT OF PLF.'S MOT. TO TRANSFER VENUE**

## DECLARATION OF ALEX RODRIGUEZ IN SUPPORT OF PLAINTIFF'S MOTION TO TRANSFER VENUE

I, Alex Rodriguez, hereby declare as follows:

1.  I am an attorney duly admitted to practice law before this Court. I am one of the attorneys handling this matter. The facts set forth herein are based upon my personal knowledge. If called upon to do so, I could and would testify competently to the information set forth herein.

2.  This declaration is submitted in support of Plaintiff's Motion to Transfer Venue.

3.  On August 31, 2022, Plaintiff John Doe filed a complaint before this Court for Damages and Injunctive Relief for Disability Discrimination, designated Case No. 8:22-cv-01623 DOC (DFMx).

4.  As part of Plaintiff's Complaint, Plaintiff alleges claims for relief for: (1) Americans with Disabilities Act (42 U.S.C. §§12181, et seq.); (2) Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. §794, et seq.); (3) Unruh Civil Rights Act (Cal. Civ. Code §51(e)(1); and (4) California Government Code Section 11135.

5.  On August 13, 2022, I realized that a motion to transfer venue was necessary because the proper venue for this action lies within the United States District Court for the Southern District of California due to the convenience of the parties and witness, and in the interest of justice.

6.  Plaintiff will suffer extreme prejudice if the Court chooses the harsh remedy of dismissing the action because the potential statute of limitations on some of Plaintiff's claims may have been September 1, 2022, which this action was filed on August 31, 2022.

7.  Plaintiff will suffer prejudice if the Court chooses the harsh remedy of dismissing the action because Plaintiff will have to undergo the necessity of filing a new action, which might affect his ability to bring claims that might

be subject to a two-year statute of limitation.

8. Defendant will not be prejudice by this transfer because this matter has just commenced and Defendants have not been served. In addition, Defendants will still have the opportunity to object by Rule 12 motion to both service of process and venue in the transferor district.

I declare the above to be true and correct under penalty of perjury of the laws of the State of California in Culver City, California on September 14, 2022.

Alexander F. Rodriguez

**DEC. OF ALEX RODRIGUEZ IN SUPPORT OF PLF.'S MOT. TO TRANSFER VENUE**