1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

11
12  JOHN DOE,
13              Plaintiff,
14  v.
15  REGENTS OF THE UNIVERSITY OF CALIFORNIA,
16  and DOES 1 through 10, inclusive,
17              Defendants.
18

Case No.: 8:22-cv-01623 DOC (DFMx)

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO TRANSFER VENUE**

19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

**1**
**[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO TRANSFER VENUE**

**TO ALL INTERESTED PARTIES AND TO THEIR ATTORNEY ON RECORD:**

PLEASE TAKE NOTICE that, the Court, having read and considered the moving papers, opposing papers, as well as the oral argument of counsel at the hearing, and good cause appearing the Court rules as follows:

IT IS HEREBY ORDERED:

Plaintiff's Motion to Transfer Venue is GRANTED.

IT IS SO ORDERED.

Dated:_____        By:_____
                                                        Honorable David O. Carter
                                                        United States District Judge

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO TRANSFER VENUE**