JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 8:22-cv-01623 DOC (DFMx)<br><br>**ORDER ON PLAINTIFF'S MOTION TO TRANSFER VENUE** |

The Court, having read and considered the moving papers, and good cause appearing, **GRANTS** Plaintiff's Motion to Transfer Venue.

This case shall be transferred to the United States District Court for the Southern District of California pursuant to 28 U.S.C. §1404(a) for the convenience of the parties and witness, and in the interest of justice.

IT IS SO ORDERED.

Dated: September 28, 2022     By: *David O. Carter*
                                  Honorable David O. Carter
                                  United States District Judge