# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Southern Division – Santa Ana)
## CIVIL DOCKET FOR CASE #: 8:22−cv−01623−DOC−DFM

| | |
|---|---|
| John Doe v. Regents of The University of California et al | Date Filed: 08/31/2022 |
| Assigned to: Judge David O. Carter | Date Terminated: 09/28/2022 |
| Referred to: Magistrate Judge Douglas F. McCormick | Jury Demand: Plaintiff |
| Cause: 42:12101 Americans With Disabilities Act | Nature of Suit: 446 Civil Rights: Americans with Disabilities – Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**John Doe**     represented by     **Alexander Faustino Rodriguez**
Law Office of Hirji and Chau LLP
5173 Overland Avenue
Culver City, CA 90230
310−931−0330
Fax: 310−943−0311
Email: alex@rkhlawoffice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rosa Karim Hirji**
Law Offices of Hirji and Chau LLP
5173 Overland Avenue
Culver City, CA 90230
310−391−0330
Fax: 310−943−0311
Email: rosa@rkhlawoffice.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Regents of The University of California**

**Defendant**

**Does**
*1 through 10, inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/31/2022 | Ï 1 | COMPLAINT with In Forma Pauperis request, filed by Plaintiff John Doe. (Attachments: # 1 Civil Cover Sheet, # 2 Signed Application Application to Proceed without Prepaying Fees or Costs) (Attorney Alexander Faustino Rodriguez added to party John Doe(pty:pla))(Rodriguez, Alexander) (Entered: 08/31/2022) |
| 08/31/2022 | Ï 2 | APPLICATION to Proceed In District Court Without Prepaying Fees or Costs filed by plaintiff John Doe. (ghap) (Entered: 09/01/2022) |

| | | |
|---|---|---|
| 09/01/2022 | Ï 3 | NOTICE OF ASSIGNMENT to District Judge David O. Carter and Magistrate Judge Douglas F. McCormick. (ghap) (Entered: 09/01/2022) |
| 09/01/2022 | Ï 4 | [NOTICE OF CLERICAL ERROR ISSUED ON 9/1/2022, SEE DOCKET ENTRY NO. 6] NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM filed. (ghap) Modified on 9/1/2022 (ghap). (Entered: 09/01/2022) |
| 09/01/2022 | Ï 5 | [NOTICE OF CLERICAL ERROR ISSUED ON 9/1/2022, SEE DOCKET ENTRY NO. 6] Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (ghap) Modified on 9/1/2022 (ghap). (Entered: 09/01/2022) |
| 09/01/2022 | Ï 6 | NOTICE OF CLERICAL ERROR: Due to clerical error Re: Notice to Parties of Court−Directed ADR Program (ADR−8) – optional html form 4 , Notice to Counsel Re: Consent to Proceed before a US Magistrate Judge – optional html form 5 . Document # 4 and 5 Due to clerical error. The docket clerk docketed the Notice to Parties of Court−Directed ADR Program and Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge was docketed without the judges initials. (ghap) (Entered: 09/01/2022) |
| 09/01/2022 | Ï 7 | NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM filed. (ghap) (Entered: 09/01/2022) |
| 09/01/2022 | Ï 8 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (ghap) (Entered: 09/01/2022) |
| 09/01/2022 | Ï 9 | NOTICE OF DEFICIENCIES in Attorney Case Opening RE: Complaint (Attorney Civil Case Opening), 1 . The following error(s) was found: The Civil Cover Sheet (CV−71)is missing or incomplete. All civil actions presented for filing must be accompanied by a completed Civil Cover Sheet. See Local Rule 3−1. Counsel must file a completed Civil Cover Sheet immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83−7. (ghap) (Entered: 09/01/2022) |
| 09/01/2022 | ï 10 | NOTICE OF DEFICIENCIES in Attorney Case Opening RE: Complaint (Attorney Civil Case Opening), 1 . The following error(s) was found: No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every partys first appearance. See Local Rule 7.1−1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83−7. (ghap) (Entered: 09/01/2022) |
| 09/01/2022 | ï 11 | NOTICE OF DEFICIENCIES in Attorney Case Opening RE: Complaint (Attorney Civil Case Opening), 1 . The following error(s) was found: Other error(s) with document(s): Attachments 1 Civil Cover Sheet, # 2 Signed Application Application to Proceed without Prepaying Fees or Costs are attached to the Complaint. Each of these documents should have been filed and entered separately under its correct event/relief. You need not take any action in response to this notice unless and until the Court directs you to do so. (ghap) (Entered: 09/01/2022) |
| 09/14/2022 | ï 12 | NOTICE OF MOTION AND MOTION to Transfer Case to Central District of California, Southern Division filed by Plaintiff John Doe. Motion set for hearing on 10/17/2022 at 08:30 AM before Judge David O. Carter. (Attachments: # 1 Declaration of Alex Rodriguez in Support of Plaintiff's Motion to Transfer Case, # 2 Proposed Order Granting Plaintiff's Motion to Transfer Case) (Rodriguez, Alexander) (Entered: 09/14/2022) |
| 09/28/2022 | ï 13 | ORDER by Judge David O. Carter: Granting 12 Plaintiff's MOTION to Transfer Venue. Case transferred to the Southern District of California. Original file, certified copy of transfer order and docket sheet electronically sent. MD JS−6. Case Terminated. (twdb) (Entered: 10/04/2022) |