# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

John Doe

*Plaintiff*

V.

Regents of the University of California, et all

*Defendant*

Civil Action No. 22-cv-01506-JLS-WVG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   REGENTS OF THE UNIVERSITY OF CALIFORNIA
c/o Sandra Lynn McDonough (SBN 193308)
Paul, Plevin, Sullivan & Connaughton LLP
101 W Broadway Fl 9
San Diego, CA 92101     Email: *smcdonough@paulplevin.com*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Law Offices of Hirji and Chau, LLP
5173 Overland Avenue
Culver City, CA 90230
310-391-0330

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date: 10/7/22

John Morrill
*CLERK OF COURT*
S/           L. Sotelo
*Signature of Clerk or Deputy Clerk*

AO 441    Summons in a Civil Action (Page 2)

**Civil Action No.** 22-cv-01506-JLS-WVG           Date Issued: 10/7/22

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Regents of the University of California was received by me on *(date)* October 21, 2022.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

**X** Other *(specify)*: I electronically served the summons on counsel for defendant Regents of the University of California at *smcdonough@paulplevin*.com from *travis@rkhlawoffice.com*, pursuant to mutual agreement on November 2, 2022. **SEE ATTACHMENT 1**

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

Date: November 2, 2022

*Server's Signature*

Travis Wester, Paralegal
*Printed name and title*
5173 Overland Avenue, Culver City, CA 90230
*travis@rkhlawoffice.com*
*Server's address*

---

NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

# ATTACHMENT 1



Travis Wester <travis@rkhlawoffice.com>

## RE: Molitaris Federal Complaint
1 message

**Sandy McDonough** <smcdonough@paulplevin.com>  Wed, Nov 2, 2022 at 1:39 PM
To: Travis Wester <travis@rkhlawoffice.com>
Cc: Carol Lynn Thompson <Carol.Thompson@ucop.edu>, Alexander Rodriguez <alex@rkhlawoffice.com>, Rosa Hirji <rosa@rkhlawoffice.com>, "vmarsich@ucsd.edu" <vmarsich@ucsd.edu>

Thank you. I acknowledge receipt and accept service as of today, November 2.


**Sandy McDonough**  Partner
619-744-3641 | smcdonough@paulplevin.com

**Confidentiality Notice:** This e-mail is confidential and intended only for the recipients listed above. If you have received this e-mail in error, please inform the sender of the error and delete it immediately.

---

**From:** Travis Wester <travis@rkhlawoffice.com>
**Sent:** Wednesday, November 2, 2022 10:57 AM
**To:** Sandy McDonough <smcdonough@paulplevin.com>
**Cc:** Carol Lynn Thompson <Carol.Thompson@ucop.edu>; Alexander Rodriguez <alex@rkhlawoffice.com>; Rosa Hirji <rosa@rkhlawoffice.com>; vmarsich@ucsd.edu
**Subject:** Re: Molitaris Federal Complaint


Thank you counsel.


Attached, please find the following documents hereby served in case number 3:22-cv-01506-JLS-WVG:

- Complaint
- Cover Sheet
- Notice of Electronic Case Transfer
- Notice of Assignment (text only)
- Order re *In Forma Pauperis*
- Summons

If a copy is required to be mailed pursuant to statute, please advise forthwith.


Kindly acknowledge receipt before 5 PM tomorrow, Nov. 3rd.


Thank you,


Travis Wester

Paralegal

Law Offices of Hirji & Chau, LLP

5173 Overland Avenue

Culver City, CA 90230

Phone: (310) 391-0330

Phone: (310) 391-0332

Fax: (310) 943-0311

Email: travis@rkhlawoffice.com

Website: lawyer4children.com

Like us on Facebook!

STATEMENT OF CONFIDENTIALITY: This e-mail message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive messages for the addressee), you may not use, copy, or disclose this message (or any information contained in it) to anyone. If you have received this message in error, please advise the sender by reply e-mail and delete this message.

On Wed, Nov 2, 2022 at 10:29 AM Sandy McDonough <smcdonough@paulplevin.com> wrote:

> Yes, that's fine, except I think it's FRCP 4(h)(1).
>
> **Sandy McDonough**  Partner
> 619-744-3641 | smcdonough@paulplevin.com
>
> **Confidentiality Notice:** This e-mail is confidential and intended only for the recipients listed above. If you have received this e-mail in error, please inform the sender of the error and delete it immediately.
>
> **From:** Travis Wester <travis@rkhlawoffice.com>
> **Sent:** Wednesday, November 2, 2022 9:43 AM
> **To:** Sandy McDonough <smcdonough@paulplevin.com>
> **Cc:** Carol Lynn Thompson <Carol.Thompson@ucop.edu>; Alexander Rodriguez <alex@rkhlawoffice.com>; Rosa Hirji <rosa@rkhlawoffice.com>; vmarsich@ucsd.edu
> **Subject:** Re: Molitaris Federal Complaint
>
> Greetings counsel,
>
> Thank you for the opportunity to clarify.
>
> By accepting the foregoing terms, Defendants would agree that electronic service of the summons and complaint would thereby be deemed effectuated pursuant to FRCP 4(e)(2)(A).

Essentially, the parties would be substituting electronic service for personal service, in an effort to avoid unnecessary expense.

Kindly advise as to whether Defendants find the foregoing terms acceptable.

Thank you,

Travis Wester

Paralegal

Law Offices of Hirji & Chau, LLP

5173 Overland Avenue

Culver City, CA 90230

Phone: (310) 391-0330

Phone: (310) 391-0332

Fax: (310) 943-0311

Email: travis@rkhlawoffice.com

Website: lawyer4children.com

Like us on Facebook!

STATEMENT OF CONFIDENTIALITY: This e-mail message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive messages for the addressee), you may not use, copy, or disclose this message (or any information contained in it) to anyone. If you have received this message in error, please advise the sender by reply e-mail and delete this message.

On Tue, Nov 1, 2022 at 9:37 PM Sandy McDonough <smcdonough@paulplevin.com> wrote:

> Yes, that agreement still stands. I assumed that would be through notice and acknowledgement. Thanks.
>
> **Sandy McDonough**  Partner
> 619-744-3641 | smcdonough@paulplevin.com
>
> Confidentiality Notice: This e-mail is confidential and intended only for the recipients listed above. If you have received this e-mail in error, please inform the sender of the error and delete it immediately.
>
> **From:** Travis Wester <travis@rkhlawoffice.com>
> **Sent:** Tuesday, November 1, 2022 12:55 PM
> **To:** Sandy McDonough <smcdonough@paulplevin.com>
> **Cc:** Carol Lynn Thompson <Carol.Thompson@ucop.edu>; Alexander Rodriguez <alex@rkhlawoffice.com>; Rosa

Hirji <rosa@rkhlawoffice.com>; vmarsich@ucsd.edu
**Subject:** Re: Molitaris Federal Complaint

Greetings counsel,

It is a pleasure to meet you as well.

The agreement previously in place with Ms. Thompson in the UC office was that the Regents agree to the following: "to accept service of summons and complaint via electronic correspondence, and that receipt will be confirmed, also via electronic correspondence, no later than one (1) full court day after transmission."

Kindly indicate whether this agreement still stands with your office.

Thank you,

Travis Wester

Paralegal

Law Offices of Hirji & Chau, LLP

5173 Overland Avenue

Culver City, CA 90230

Phone: (310) 391-0330

Phone: (310) 391-0332

Fax: (310) 943-0311

Email: travis@rkhlawoffice.com

Website: lawyer4children.com

Like us on Facebook!

STATEMENT OF CONFIDENTIALITY: This e-mail message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive messages for the addressee), you may not use, copy, or disclose this message (or any information contained in it) to anyone. If you have received this message in error, please advise the sender by reply e-mail and delete this message.

On Tue, Nov 1, 2022 at 12:48 PM Sandy McDonough <smcdonough@paulplevin.com> wrote:
> It's nice to virtually meet you. Will you be serving the complaint via notice and acknowledgement?

**Sandy McDonough**  Partner
619-744-3641 | smcdonough@paulplevin.com

**Confidentiality Notice:** This e-mail is confidential and intended only for the recipients listed above. If you have received this e-mail in error, please inform the sender of the error and delete it immediately.

**From:** Carol Lynn Thompson <Carol.Thompson@ucop.edu>
**Sent:** Tuesday, November 1, 2022 9:47 AM
**To:** Travis Wester <travis@rkhlawoffice.com>; Alexander Rodriguez <alex@rkhlawoffice.com>; Rosa Hirji <rosa@rkhlawoffice.com>
**Cc:** vmarsich@ucsd.edu; Sandy McDonough <smcdonough@paulplevin.com>
**Subject:** Molitaris Federal Complaint

**CAUTION: EXTERNAL E-MAIL**

All:  I wanted to let you know that Sandy McDonough of Paul Plevin, cc'd on this email, will be representing the University in connection with this matter.  Ms. McDonough is authorized to accept service on behalf of the University.

Regards,

Carol Lynn

**From:** Carol Lynn Thompson
**Sent:** Friday, October 28, 2022 3:56 PM
**To:** Travis Wester <travis@rkhlawoffice.com>
**Cc:** Alexander Rodriguez <alex@rkhlawoffice.com>; Rosa Hirji <rosa@rkhlawoffice.com>; vmarsich@ucsd.edu
**Subject:** RE: Molitaris Federal Complaint

Yes, we are willing to accept service of the Complaint, and will acknowledge within one court day. We also suggest that both parties stipulate that service can be accomplished through email.

**From:** Travis Wester <travis@rkhlawoffice.com>
**Sent:** Friday, October 28, 2022 1:06 PM
**To:** Carol Lynn Thompson <Carol.Thompson@ucop.edu>
**Cc:** Alexander Rodriguez <alex@rkhlawoffice.com>; Rosa Hirji <rosa@rkhlawoffice.com>; vmarsich@ucsd.edu
**Subject:** Re: Molitaris Federal Complaint

**CAUTION: EXTERNAL EMAIL**

Greetings counsel,

Thank you for your reply.

In the interests of reducing the cost and paper waste associated with personal service, our office would ask to serve the summons and complaint electronically.

To that end, kindly acknowledge that your office agrees to accept service of summons and complaint via electronic correspondence, and that receipt will be confirmed, also via electronic correspondence, no later than one (1) full court day after transmission.

We appreciate your professional courtesy.

Thanks again,

Travis Wester

Paralegal

Law Offices of Hirji & Chau, LLP

5173 Overland Avenue

Culver City, CA 90230

Phone: (310) 391-0330

Phone: (310) 391-0332

Fax: (310) 943-0311

Email: travis@rkhlawoffice.com

Website: lawyer4children.com

Like us on Facebook!

STATEMENT OF CONFIDENTIALITY: This e-mail message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive messages for the addressee), you may not use, copy, or disclose this message (or any information contained in it) to anyone. If you have received this message in error, please advise the sender by reply e-mail and delete this message.

On Fri, Oct 28, 2022 at 10:43 AM Carol Lynn Thompson <Carol.Thompson@ucop.edu> wrote:

> Travis – I am authorized to accept service on behalf of the University.
>
> Regards, Carol Lynn

**From:** Travis Wester <travis@rkhlawoffice.com>
**Sent:** Wednesday, October 26, 2022 4:59 PM
**To:** Carol Lynn Thompson <Carol.Thompson@ucop.edu>
**Cc:** Alexander Rodriguez <alex@rkhlawoffice.com>; Rosa Hirji <rosa@rkhlawoffice.com>; vmarsich@ucsd.edu
**Subject:** Molitaris Federal Complaint

**CAUTION: EXTERNAL EMAIL**

Greetings Ms. Thompson,

Thank you for today's correspondence regarding the Molitoris matter.

Kindly advise as to whether you and your office would be representing the Regents in litigation, and, if so, whether you are authorized to accept service of process (Summons and Complaint).

Thanks again,

Travis Wester

Paralegal

Law Offices of Hirji & Chau, LLP

5173 Overland Avenue

Culver City, CA 90230

Phone: (310) 391-0330

Phone: (310) 391-0332

Fax: (310) 943-0311

Email: travis@rkhlawoffice.com

Website: lawyer4children.com

Like us on Facebook!

STATEMENT OF CONFIDENTIALITY: This e-mail message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive messages for the addressee), you may not use, copy, or disclose this message (or any information contained in it) to anyone. If you have received this message in error, please advise the sender by reply e-mail and delete this message.