SANDRA L. McDONOUGH (SBN 193308)
smcdonough@paulplevin.com
KELLY M. BUTLER (SBN 342394)
kbutler@paulplevin.com
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA and DOES 1 through 10, inclusive,<br><br>　　　　Defendant. | Case No. 22-CV-1506 JLS (WVG)<br><br>**DEFENDANT THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**[Fed. R. Civ. P. 12(b)(1) & (6)]**<br><br>Date:　　December 22, 2022<br>Time:　　1:30 p.m.<br><br>Judge:　　　Hon. Janis L. Sammartino<br>Mag. Judge:　Hon. William V. Gallo<br>Crtrm.:　　　4D<br>Trial Date:　Not Set<br><br>**EXEMPT FROM FEES<br>GOVT. CODE § 6103** |

TO PLAINTIFF JOHN DOE:

PLEASE TAKE NOTICE that on December 22, 2022, at 1:30 p.m., before the Honorable Janis L. Sammartino, United States District Judge, Defendant The Regents of The University Of California ("The Regents") will move this Court to dismiss, with prejudice, Plaintiff's Complaint pursuant to Rule 12(b)(1) and Rule

12(b)(6) the Federal Rules of Civil Procedure, on the grounds that this Court lacks jurisdiction over the subject matter of the action:

- Plaintiff failed to exhaust his administrative remedies for each of his claims because he did not properly appeal his denial of accommodations with the University of California, San Diego ("UCSD");
- Plaintiff failed to exhaust his judicial remedies for each of his claims because he did not file a writ of mandate in state court challenging UCSD's administrative decision;
- The Regents is immune under Eleventh Amendment sovereign immunity from each of Plaintiff's claims, except his second claim for violation of the Rehabilitation Act; and
- Finally, Plaintiff's third claim for violation of the Unruh Civil Rights Act also fails because The Regents is not a "business establishment" for purposes of the Unruh Act.

Plaintiff cannot cure the deficiencies in his complaint. As a result, The Regents request that this Court grant its motion to dismiss as to all claims against them.

The motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith and the pleadings and papers filed herein.

Dated: November 23, 2022        PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By:   /s/ *Sandra L. McDonough*
SANDRA L. McDONOUGH
KELLY M. BUTLER
Attorneys for REGENTS OF THE UNIVERSITY OF CALIFORNIA