SANDRA L. McDONOUGH (SBN 193308)
smcdonough@paulplevin.com
KELLY M. BUTLER (SBN 342394)
kbutler@paulplevin.com
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA and DOES 1 through 10, inclusive,<br><br>　　　　Defendant. | Case No. 22-CV-1506 JLS (WVG)<br><br>**DECLARATION OF MARIA RANDERSON IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:　December 22, 2022<br>Time:　1:30 p.m.<br><br>Judge:　　　Hon. Janis L. Sammartino<br>Mag. Judge:　Hon. William V. Gallo<br>Crtrm.:　　　4D<br>Trial Date:　Not Set<br><br>**EXEMPT FROM FEES<br>GOVT. CODE § 6103** |

I, Maria Randerson, declare as follows:

1. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. I hold the job title of Health Professions Education Specialist 3 at UCSD. I also hold the working job titles of Analyst to the School of Medicine Committee on Educational Policy and Administrator for the UCSD School of Medicine Standing and Promotions Committee.

3. Attached as **Exhibit 1** is a true and correct copy of an excerpt from the applicable the UCSD School of Medicine Advisor and Student Handbook in effect at the time of Plaintiff's dismissal from UCSD.

4. Attached as **Exhibit 2** is a true and correct copy of a policy contained in the UCSD School of Medicine Advisor and Student Handbook in effect at the time of Plaintiff's dismissal from UCSD.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 23rd day of November, 2022, at San Diego, California.

*Maria Randerson*
Maria Randerson

## TABLE OF CONTENTS

| Exhibit | Description | Page |
|---|---|---|
| 1 | Excerpt from the applicable UCSD School of Medicine Advisor and Student Handbook regarding its administrative appeals process for student dismissals | 1 |
| 2 | Appendix III to the applicable UCSD School of Medicine Advisor and Student Handbook regarding its administrative appeals process for denials of requests for accommodations | 9 |

# Exhibit 1

*Excerpt from the UCSD School of Medicine Advisor and Student Handbook*

*August 2019*

# GUIDELINES FOR THE STANDING AND PROMOTIONS COMMITTEE (SPC)

A.  Charge to the Committee

The Standing and Promotions Committee (SPC), comprised of pre-clerkship and clinical faculty, is concerned with the academic performance of students in both clinical and non-clinical courses. The SPC is charged with examining the records of all students at the end of each quarter and making decisions regarding future course work for students who experience academic difficulties. Using all available data on student performance, the SPC is also charged with determining that a student is ready for promotion to subsequent years. The SPC approves the promotion of students for advancement to the next academic period. The SPC is additionally charged with examining the records of each student prior to graduation and certifying to the Faculty Council that the requirements for the M.D. degree at the UCSD School of Medicine have been met. Finally, the SPC is charged with reviewing charges of academic dishonesty or unprofessional conduct.

B.  Mechanisms for the Initiation of Discussion Concerning Student Standing

The SPC will be notified of, and will discuss, any student who is experiencing academic difficulty or about whom there are concerns about professionalism and/or academic integrity.

Review of student performance may also be initiated:

1.  At the request of a student or the student's advisor to petition the SPC to decelerate or take a leave of absence if such petition is denied by the Associate Dean for Undergraduate Medical Education, for a change of grade or evaluation if such petition is denied by the course director or course committee, or to be allowed to take **summer make-up examinations** in pre-clerkship courses. If the SPC grants a student permission to take make-up examinations, the examinations will be scheduled under the direction of the Associate Dean for Undergraduate Medical Education.

    Students **must** receive permission from the SPC to take make-up examinations if they have received:

    a.  one Fail (F) grade in a core course or
    b.  two Provisionally Unsatisfactory (Y) grades in core courses in the same academic year

2.  At the request of the Associate Dean for Admissions and Student Affairs or the Associate Dean for Undergraduate Medical Education, to discuss a student's request for a leave and/or requests to return to the curriculum from a leave.

Exhibit 1-1

3.  At the request of the Associate Dean for Admissions and Student Affairs or the Associate Dean for Undergraduate Medical Education, based upon a review of the student's overall academic performance.

    a.  Informal Review - An informal review of a student's progress may be conducted by the SPC at any time.
    b.  In-Depth Evaluation - An in-depth evaluation of a student's progress may be conducted by the SPC when deemed appropriate. An in-depth evaluation is one in which a recommendation for a change in student standing, such as placement on academic involuntary leave, suspension, dismissal, or academic probation may result.

4.  By the Student Affairs Committee's referral after an investigation has produced findings that may require a change in the student's standing in the School of Medicine.  (Note: The Associate Dean for Admissions and Student Affairs may decide to submit such requests to the SPC for review and action.)

5.  At the referral by the Associate Dean for Undergraduate Medical Education or the Associate Dean for Admissions and Student Affairs after completing a review of the student for marginal or inadequate professional behavior (see Policy on Evaluation of Professionalism).

## C.   SPC Actions on Student Standing

The SPC has several options when taking action on student standing, including referring routine matters to the Associate Dean for Undergraduate Medical Education and/or the Associate Dean for Admissions and Student Affairs, discussing an issue within the committee, placing a student on Academic Probation, or scheduling a Review Hearing with the student in question.

Voting Requirements

A quorum is 10 SPC members with voting privileges. The Associate Dean for Undergraduate Medical Education, the Associate Dean for Admissions and Student Affairs, and the Assistant Dean for Diversity and Community Partnerships serve on the SPC as ex officio members without voting privileges.

During a Review Hearing, an affirmative vote by a minimum of two-thirds of the SPC members present--but in no event less than seven (7) affirmative votes--shall be required for dismissal of a student or any other action considered for vote during the Hearing.

For decisions regarding all other matters, a vote by a simple majority of SPC members present shall be required. The SPC may vote on some matters electronically, via email. The SPC Chair has the authority to decide whether a matter may be referred to the SPC for an email vote.

1.  **Referral of Routine Matters** – In routine matters regarding student status (for example, a waiver of electives) the Associate Dean for Undergraduate Medical Education may act on behalf of the SPC.

2.  **Committee Discussion** – In some instances, the committee has the option to either discuss the concern in question within the committee, or they **may** require a student to come before the committee to discuss the concern (see below).

    The committee **may** choose to meet with a student when the student:

2

Exhibit 1-2

a. receives a failing or provisionally unsatisfactory grade (F, U or Y) in any course in which the student is registered while enrolled in the School of Medicine.
b. fails Step I or Step II (either the Clinical Knowledge or the Clinical Skills section) of the United States Medical Licensing Examination.
c. fails the Clinical Practice Examination (CPX)
d. is referred by either the Associate Dean for Admissions and Student Affairs or the Associate Dean for Undergraduate Medical Education to the SPC for instances of alleged academic dishonesty, such as cheating, seeking or giving unauthorized aid (on examinations, papers or other assigned work), plagiarism, knowingly furnishing false information, or, is referred to the SPC for violation of the policy on "Dissemination of Written Course Material," which includes acquisition, distribution, or possession of course materials that are not intended for circulation. An in-depth evaluation of a charge of academic misconduct may be conducted by the SPC when deemed appropriate. The magnitude of the charge is determined by the SPC, as follows:
  1) <u>Minor Offense</u>: the SPC will determine if the student should be placed on academic probation and/or sanctions should be imposed.
  2) <u>Major Offense</u>: the student may be subject to dismissal; the SPC may decide to hold a Review Hearing.
e. makes unsatisfactory progress in the electives program.
f. makes unsatisfactory progress in the Independent Study Project. This may include failure of the student to meet established deadlines during the third or fourth year or for other reasons determined by the Electives Committee, the preceptor, or the Associate Dean for Undergraduate Medical Education.

3. **Academic Probation** - Academic probation is a trial period during which a student may have the opportunity to remediate the student's unsatisfactory performance. The SPC Chair will inform the student in writing when the student placed on academic probation. In this notice, the student will be made aware that the student's continuance in the School of Medicine may be in jeopardy.

   a. Placement on Academic Probation
      1) A student *may* be placed on academic probation
         a) if the student's overall academic performance is determined by the SPC to be marginal or unsatisfactory.
         b) if the SPC finds the student has displayed academic dishonesty or unprofessional conduct.
         c) upon receipt of a single Professionalism Evaluation Form (PEF) if the breach of professionalism is determined to be severe by the SPC.

      2) A student *will* be placed on academic probation upon receipt of
         a) one (F) fail grade, or
         b) two provisionally unsatisfactory (Y) grades
            - during the same academic year, **or**
            - if a provisionally unsatisfactory grade has not been remediated by the time a second Y is received (while the first Y is still on record).
         c) If the student receives a fail grade on the USMLE Step I or Step II (either the Clinical Knowledge or the Clinical Skills section)
         d) If the student does not pass the CPX exam on the second attempt
         e) Upon receipt of two or more Professionalism Evaluation Forms (PEFs) unless the SPC specifically designates otherwise

3

Exhibit 1-3

b. Consequences of Academic Probation
1) Students on academic probation come under increased jurisdiction of the faculty and administration and may receive instructions regarding, but not limited to, the following areas:
   a) Leaves of absence and vacation
   b) Reporting performance in courses to faculty committees and advisors
   c) The method by which course requirements are to be satisfied
   d) The sequences of courses to be taken or retaken.  Students may be required to repeat portions of the curriculum.
2) Students on academic probation must be described as "not in good standing" for certain purposes, such as:
   a) letters of recommendation.
   b) scholarship programs that require that student standing be reported.
3) Students on probation are prohibited from:
   a) serving on faculty committees
   b) serving as a class governor/officer
   c) representing the School
   d) taking courses or clerkships at other institutions
   Note: A student in a structured academic program (e.g., Global Health Academic Concentration Program or other program) may be permitted to take a required away clinical course while on academic probation, if it is a requirement of the program.
   e) attending professional or other association meetings that are held in locations outside of San Diego

c. Removal of Probationary Status
1) Depending on the reason for being placed on academic probation, a student's Probationary status will generally be removed upon *Satisfactory Completion*\* of:
   a) requirements in all courses at issue at the conclusion of the student's current academic year (for pre-clerkship students)
   b) the student's fulfillment of all SPC requirements following a finding of academic dishonesty or unprofessional conduct
   c) the student receiving a passing score on the USMLE

   \**Satisfactory Completion*: Generally, satisfactory completion is achieved when the course work is made up (upon receiving a Pass grade) or other remediation is successfully completed. The SPC Chair has the authority to remove a student from probationary status if the student has satisfactorily completed the course requirements or USMLE requirement(s). The SPC Chair may also decide to refer the review of a student's probationary status to the full SPC. Students who have had significant academic difficulty may remain on academic probation, at the discretion of the SPC, even after the coursework that led to the most recent academic probation has been remediated or after passing the USMLE. The terms and duration of academic probation will be stated in the probationary notice from the SPC Chair.

2) When probationary status is removed, the student will be notified in writing by the SPC Chair.

3) A student can petition the SPC to be removed from probationary status, but can do so no more frequently than once per quarter.

Exhibit 1-4

4. **Review Hearing** – Students subject to dismissal from the School of Medicine may be asked to appear before the Standing and Promotions Committee for a Review Hearing. In cases where the student does not appear before the SPC, the student will have the opportunity to present information in writing for the committee's consideration.

    a. The following may cause a student to be subject to dismissal and will generally result in a Review Hearing:
        1) The receipt of two F grades in SOM core curricular requirements
        2) Continued marginal or unsatisfactory performance in the curriculum or receipt of a PEF while on academic probation
        3) Placement on academic probation a second time or multiple times
        4) Based on findings of academic dishonesty following an in-depth evaluation by the SPC
        5) Based on findings of egregious or repeated unprofessional conduct
    b. Procedures for Review Hearing
        1) *Faculty Quorum* – Upon determination of the need for a Review Hearing, an SPC meeting will be scheduled. A minimum of ten (10) members must be in attendance.
        2) *Written Notice* - A written notification of the impending Review Hearing will be sent via email to the student's UCSD email address and/ or mailed to the student's home address (the address currently listed on the School's website) at least 10 calendar days prior to the meeting. The notification will state the specific reasons for the review. Included in the notification will be a copy of the appropriate rules and procedures to be followed in such hearings.
        3) *Review of Records* - The complete medical school file of the student under consideration is open to inspection by that student. This information is exclusive of financial aid, medical, and some admission records, but includes the material upon which the proposed dismissal is based. It is assumed that students are aware of their scores on individual tests within a course or final course examinations; these data are not in the academic file but may be presented to the SPC. (Note: If the review involves confidential files, such as some admissions data, or financial or health records, prior consent for the use of such data must be obtained from the appropriate person.)
        4) *Student/Faculty Advisor Presentation* - The student will be given the opportunity to present information on the student's behalf, and relevant information from the student's Faculty advisor may also be presented to the committee.
        5) *Student Review of Information* - Prior to the meeting, the student shall have the opportunity to review any information under consideration, including:
            a) academic grades, results of the USMLE, and narrative course evaluations in the academic file.
            b) data from a variety of sources, including persons with whom the student may have interacted in the context of the student's role as a medical student.
            c) reports, correspondence and other data received from individuals regarding incidences of alleged academic dishonesty or unprofessional conduct.
        6) *Student Presentation of Information* - The student will have the opportunity to present any relevant information or subjective report of the considered performance or incident.
        7) *Committee Decision Parameters* - The student and faculty advisor will not be present during the deliberations of the Committee. In the event that a motion for action against a student is made, an affirmative vote by a minimum of two-thirds of the SPC members present shall be required for passage. An affirmative vote by a minimum of

       two-thirds of the SPC members present--but in no event less than seven (7) affirmative votes--shall be required for dismissal of a student.
      8) *Recording of Proceedings* - The student will be permitted to audio record the proceedings in which the student takes part.
  c. Hearing Results - Following appropriate deliberations, the SPC may take any of the following courses of action:
      1) *Leave of Absence* - The SPC may place the student on involuntary leave of absence, if, in the opinion of a majority of the committee, such a leave is in the student's best interest. The SPC may also set the parameters under which the student may return from leave. Should those parameters not be met, the student may be subject to dismissal from the School of Medicine.
      2) *Extended schedule* - The SPC may require a student to decelerate his or her progress in the curriculum and extend his or her schedule.  Failure of a pre-clerkship course following attempts to satisfy the course requirements normally results in one year deceleration in the student's progress.
      3) *Dismissal* - The SPC *may* elect to dismiss the student from the SOM.  Any recommendation for the student's dismissal will be based upon the information presented at the hearings. The dismissal becomes effective on the date of the SPC decision and the dismissed student cannot continue enrollment while pursuing an appeal.
  d. Appeal of Hearing Results - A student who has been dismissed from the School of Medicine may appeal the dismissal to the Dean of the School of Medicine.  Appeals to the Dean of the School of Medicine must be made in writing within 60 days of verbal notification of the student of the decision to dismiss. Grounds for appeal are that SPC procedures have not been appropriately adhered to, resulting in prejudiced deliberations, or, the SPC's decision is arbitrary and capricious.

*SPC Conflict of Interest Policy*
A list of SPC members (faculty who serve on the SPC) is made available to students who are scheduled to appear before the SPC. The SPC Staff Support person shall provide the SPC membership list directly to the students scheduled to appear before the SPC. The SPC membership list is available to all students upon request.

If a student believes that an SPC member has a conflict of interest and therefore should not participate in SPC Review Hearings and deliberations regarding the student's case, then the student may submit a written request to the Dean for Medical Education. The Dean for Medical Education has the authority to approve or deny the request. A prior negative evaluation by a specific faculty member is not by itself sufficient to establish that a conflict of interest exists.

Some SPC members participate in teaching activities in courses/ clerkships. If a student feels that the faculty member cannot objectively evaluate the student's academic performance in a course/clerkship, the student may request an alternative evaluator. Formal requests must be submitted to the Dean for Medical Education. The Dean for Medical Education may approve alternative evaluator, as appropriate. The fact that an evaluator may have prior knowledge of SPC-related issues with the student is not by itself sufficient to establish that a faculty member cannot objectively evaluate the student's academic performance.

# D. Policy Regarding Step I and Step II of the United States Medical Licensing Examination

1. <u>Step I</u>

    Every student must take Step I of the United States Medical Licensing Examination (USMLE) before being permitted to enter the clinical phases of training and must pass Step I to continue in Year III of the curriculum. Also:

    a. A student who has not successfully completed the first and second year core courses will not be permitted to take Step I of the USMLE.

    b. A student is **required** to take the USMLE, Step I, during the period between the completion of all second year requirements and before beginning clinical clerkships. This period of time may not exceed three months. (See Requirements for Graduation)

        *Deferral*: Petitions for deferral of Part I of the USMLE will be accepted by the Associate Dean for Undergraduate Medical Education only for a student with extreme circumstances; approval shall be at the Associate Dean for Undergraduate Medical Education's discretion.

    c. A student who fails the USMLE, Step I, Step II CK, or Step II CS on the first attempt will be placed on academic probation. If the student is already on probation when the first failure occurs, the SPC may view the student as eligible for dismissal because of continued marginal or unsatisfactory performance in the curriculum while on academic probation. Moreover, a student who fails the USMLE Step I must immediately withdraw from the clinical clerkship in which the student is enrolled, but will continue in the 12-month Primary Care 401 course, unless otherwise directed by the Associate Dean for Undergraduate Medical Education. The student may not enroll in any other clinical clerkship until the USMLE has been retaken. If the student fails USMLE Step I on the second attempt, the student must again withdraw from the curriculum, this time including Primary Care 401.

    d. Failing on the second attempt, a student shall be required to take courses and tutorials as designated by the SPC in order to overcome the difficulties with regard to the examination. Students will generally be invited to attend a meeting of the Standing and Promotions Committee following their second failure of Step I of the USMLE.

    e. Having failed on two occasions, a student will remain on academic probation and will be required to take the examination for the third time as designated by the SPC.

    f. A student shall be denied further registration in the School of Medicine upon failure to pass Step I of the United States Medical Licensing Examination after three successive attempts.

2. <u>Step II</u>

    Every student must take and pass the USMLE, Step II, before graduating.  Also:

    a. A student is **required** to take the CK portion Step II of the USMLE during the three month period following completion of the clinical portions of third year clinical clerkships. (Repetition of the NBME Subject Examinations during the summer after the third year does not result in any extension of this time frame.  Repetition of a clerkship or deferral of a clerkship to the summer quarter of the senior year may result in an extension

7

Exhibit 1-7

and should be discussed with the Associate Dean for Undergraduate Medical Education. Students are required to take the CS portion of the Step II exam by the end of December of the same calendar year in which they have completed their Core Clinical Clerkships. (see General Requirements for Graduation, pages 8-9).

*Deferral*: Petitions for deferral will be accepted by the Associate Dean for Undergraduate Medical Education only for a student with extreme circumstances. Approval shall be at the Associate Dean for Undergraduate Medical Education's discretion.

b. Upon failure of the USMLE, Step II, a student shall be placed on academic probation and may be required to complete remedial work as designated by the SPC in order to overcome the difficulties with regard to the examination. Students generally will be required to attend a meeting of the SPC following their second failure of the Step II of the USMLE.

c. A student shall be denied further registration in the School of Medicine upon failure to pass either the CK or CS component of Step II of the United States Medical Licensing Examination after three successive attempts.

# Exhibit 2

**Appendices to the Manual of the San Diego Division of the Academic Senate**

**APPENDIX III**

<u>Policy on Students with Disabilities and Steps for Academic Accommodation</u>

[Approved by Representative Assembly -- 4/26/94; Amended 2/27/01, 3/1/11]

<u>Appeals</u>

Students who disagree with the response to their request for accommodation may appeal the faculty decision or action at any time during the quarter to the Educational Policy Committee. This is a standing committee of the Academic Senate. Appeals shall be submitted in writing, addressed to the Educational Policy Committee, c/o Academic Senate, Mail Code 0002, or delivered in person to the Academic Senate Office, Building 214/215 University Center, no later than 30 calendar days after the faculty decision or action. A decision will be rendered within 30 days of the filing date of the appeal.  The ruling of the Committee may be appealed by either the student or the faculty member to the Senior Vice Chancellor-Academic Affairs, whose decision shall be rendered within 30 days and shall be final. Appeals shall be submitted in writing to the Senior Vice Chancellor-Academic Affairs Office, Building 105 University Center, no later than 30 calendar days after the Committee's decision.

Exhibit 2-1