```
 1  SANDRA L. McDONOUGH (SBN 193308)
    smcdonough@paulplevin.com
 2  KELLY M. BUTLER (SBN 342394)
    kbutler@paulplevin.com
 3  PAUL, PLEVIN, SULLIVAN &
    CONNAUGHTON LLP
 4  101 West Broadway, Ninth Floor
    San Diego, California 92101-8285
 5  Telephone: 619-237-5200
    Facsimile: 619-615-0700
 6
    Attorneys for THE REGENTS OF THE
 7  UNIVERSITY OF CALIFORNIA
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>            Plaintiff,<br><br>       v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA and DOES 1 through 10, inclusive,<br><br>            Defendant. | Case No. 22-CV-1506 JLS (WVG)<br><br>**DEFENDANT THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S NOTICE OF PARTY WITH A FINANCIAL INTEREST**<br><br>**[Civil Local Rule 40.2]**<br><br>Judge:         Hon. Janis L. Sammartino<br>Mag. Judge:  Hon. William V. Gallo<br>Crtrm.:        4D<br>Trial Date:   Not Set<br><br>**EXEMPT FROM FEES<br>GOVT. CODE § 6103** |

**TO THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule of Practice 40.2 for the United States District Court for the Southern District of California, the following parties have a financial interest in this action:

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA ("The Regents"). The Regents is a statutory corporation formed under Article IX, Section 9 of the California Constitution and does not have a parent corporation or issue stock.

Dated: November 23, 2022

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By: /s/ *Sandra L. McDonough*
SANDRA L. McDONOUGH
KELLY M. BUTLER
Attorneys for THE REGENTS OF THE UNIVERSITY OF CALIFORNIA