ROSA K. HIRJI | SBN 204722
  rosa@rkhlawoffice.com
ALEX RODRIGUEZ | SBN 322700
  alex@rkhlawoffice.com
**LAW OFFICES OF HIRJI & CHAU, LLP**
5173 Overland Avenue
Culver City, CA  90230
Tel. (310) 391-0330 // Fax (310) 943-0311

*Attorneys for Plaintiff* JOHN DOE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>                    Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.: 3:22-CV-1506 JLS (WVG)<br>*Assigned for all purposes to the Honorable Janis L. Sammartino*<br><br>**JOINT STIPULATION TO EXTEND HEARING DATE ON DEFENDANT'S MOTION TO DISMISS, AND EXTEND DEADLINE FOR PLAINTIFF'S OPPOSITION AND DEFENDANT'S REPLY BRIEF** |

//
//
//
//
//
//
//

---

**1**
**JOINT STIP TO EXTEND HEARING DATE ON DEF'S MOT. TO DISMISS, AND EXTEND DEADLINES FOR PLF'S OPPOSITION AND DEF'S REPLY BRIEF**

Plaintiff JOHN DOE, and Defendant REGENTS OF THE UNIVERISTY OF CALIFORNIA, by and through their counsel of record, stipulate and agree to extend the hearing date on Defendant's Motion to Dismiss and extend deadlines for Plaintiff's Opposition and Defendant's Reply Brief as follows:

1. On August 31, 2022, Plaintiff filed his Complaint for Damages and Injunctive Relief for Disability Discrimination in the United States District Court for the Central District of California. See Dkt. 1;

2. On September 14, 2022, Plaintiff filed a Motion to Transfer Venue from the Central District of California to the Southern District of California. See Dkt. 12;

3. On September 28, 2022, the Honorable David O. Carter transferred the case to the United States District Court for the Southern District of California. See Dkt. 13;

4. On November 2, 2022, Plaintiff electronically served the summons on counsel for the Defendant Regents of the University of California pursuant to mutual agreement. See Dkt. 18;

5. On November 23, 2022, Defendant filed a Motion to Dismiss Plaintiff's Complaint to be heard on December 22, 2022 before the Honorable Janis L. Sammartino. See Dkt 19;

6. On December 2, 2022, Plaintiff's counsel requested that Defendant's counsel stipulate to extend the December 22, 2022 Hearing Date on Defendant's Motion to Dismiss, and provide Plaintiff an extension to provide an Opposition to Defendant's Motion due to Plaintiff's counsels being unavailable; and

//
//
//
//

7. On December 6, 2022, Plaintiff's counsel and Defendant's counsel agreed to extend the Hearing Date on Defendant's Motion to Dismiss from December 22, 2022 to January 12, 2023, and extend the deadline on Plaintiff's Opposition from December 8, 2022 to December 29, 2022 and Defendant's Reply from December 15, 2022 to January 5, 2023.

**IT IS SO STIPULATED.**

DATED: December 7, 2022         LAW OFFICES OF HIRJI & CHAU, LLP

_____
Alexander F. Rodriguez
Attorney for Plaintiff

DATED: December 7, 2022         PAUL, PLEVIN, SULLIVAN & CONNAUGHTON, LLP

/s/ Sandra L. McDonough
_____
Sandra L. McDonough
Attorney for Defendant Regents of the
University of California

### SIGNATURE ATTESTATION

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: December 7, 2022         LAW OFFICES OF HIRJI & CHAU, LLP

_____
Alexander F. Rodriguez
Attorney for Plaintiff