

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

John Doe

                **Plaintiff,**

V.

Regents of the University of California

                **Defendant.**

FILED 12/13/2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: A. Episcopo, Deputy

**Civil No.** 22-cv-01506-JLS-WVG

### STRICKEN DOCUMENT:

Response in Opposition

**Per Order #    23**

22