# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>                              Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, and DOES 1 through 10, inclusive,<br><br>                              Defendants. | Case No.: 22-CV-1506 JLS (WVG)<br><br>**ORDER (1) GRANTING IN PART JOINT STIPULATION TO EXTEND HEARING DATE ON DEFENDANT'S MOTION TO DISMISS, AND EXTEND DEADLINE FOR PLAINTIFF'S OPPOSITION AND DEFENDANT'S REPLY BRIEF; (2) VACATING HEARING DATE; (3) STRIKING PLAINTIFF'S OPPOSITION; AND (4) SETTING BRIEFING SCHEDULE**<br><br>(ECF Nos. 21 & 22) |

Presently before the Court is the Parties' Joint Stipulation to Extend Hearing Date on Defendant's Motion to Dismiss, and Extend Deadline for Plaintiff's Opposition and Defendant's Reply Brief ("Joint Stip.," ECF No. 21). Good cause appearing, the Court **GRANTS IN PART** the Joint Stipulation. The Court **VACATES** the hearing currently scheduled for December 22, 2022, at 1:30 p.m. Plaintiff **SHALL FILE** his response to the Motion to Dismiss on or before December 29, 2022, and Defendant **MAY FILE** its reply, if any, on or before January 5, 2023. As Plaintiff already has submitted an Opposition to

the Motion to Dismiss, the Court **STRIKES** the Opposition (ECF No. 22). Upon completion of the briefing, the Court will decide the Motion to Dismiss on the papers without oral argument in accordance with Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: December 13, 2022

Hon. Janis L. Sammartino
United States District Judge