ROSA HIRJI, ESQ. | SBN 204722
  rosa@rkhlawoffice.com
ALEX RODRIGUEZ | SBN 322700
  alex@rkhlawoffice.com
**LAW OFFICES OF HIRJI & CHAU, LLP**
5173 Overland Avenue
Culver City, CA  90230
Tel. (310) 391-0330 // Fax (310) 943-0311

*Attorneys for Plaintiff* JOHN DOE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 22-CV-1506 JLS (WVG)<br>*Assigned for all purposes to the Honorable Janis L. Sammartino*<br><br>**DECLARATION OF ALEX RODRIGUEZ IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>**[Filed concurrently with Plaintiff's Opposition to Defendant's Motion to Dismiss]**<br><br>Hearing Date:　December 22, 2022<br>Hearing Time:　1:30 PM |

//
//
//
//
//

---

**1**
**DECLARATION OF ALEX RODRIGUEZ IN SUPPORT OF PLF'S OPP. TO DEF. REGENTS OF THE UNIVERSITY OF CALIFORNIA'S MOTION TO DISMISS**

# DECLARATION OF ALEX RODRIGUEZ IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

I, Alex Rodriguez, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am one of the attorneys of record for Plaintiff JOHN DOE in this action.

2. I have personal knowledge of the facts stated in this declaration and if called upon to testify, I could and would competently testify to the matters as set forth below.

3. This declaration is submitted in Support of Plaintiff's Opposition to Defendant Regents of the University of California's Motion to Dismiss.

4. Attached to Plaintiff's Request for Judicial Notice in Support of Plaintiff's Opposition to Defendant's Motion to Dismiss as "Exhibit A" is a true and correct copy of the Federation of State Medical Boards information on State Specific Requirements for Initial Medical Licensure dated July 12, 2022.

5. Attached to Plaintiff's Request for Judicial Notice in Support of Plaintiff's Opposition to Defendant's Motion to Dismiss as "Exhibit B" is a true and correct copy of a December 29, 2020 Letter from Dr. Steven R. Garfin from the UCSD School of Medicine.

6. Attached to Plaintiff's Request for Judicial Notice in Support of Plaintiff's Opposition to Defendant's Motion to Dismiss as "Exhibit C" is a true and correct copy of Dr. Laura Baker's from the UCSD School of Medicine electronic correspondence informing Plaintiff he had exhausted his formal appeal rights.

//
//
//
//

1  I declare under penalty of perjury under the laws of the State of California that
2  the foregoing is true and correct.
3  Executed on December 22, 2022, in Culver City, California.

_____
Alex Rodriguez