



Steven R. Garfin, MD
Interim Dean

DOE
DOE @health.ucsd.edu

December 29, 2020

Dear Mr. DOE:

I am writing in response to your appeal of October 31, 2020, of the Standings and Promotions Committee's (SPC) decision made on September 2, 2020, to deny you additional time (beyond the additional time that has already been provided) to complete your graduation requirements. This decision resulted in your being denied further registration in the School of Medicine.

I have read your appeal and the letters of support you submitted. I have reviewed your academic file and the record of your appearances before and appeals to the Standings and Promotions Committee.

The Advisor and Student Handbook states, "A student who has been dismissed from the School of Medicine may appeal the dismissal to the Dean of the School of Medicine. Appeals to the Dean of the School of Medicine must be made in writing within 60 days of verbal notification of the student of the decision to dismiss. Grounds for appeal are that SPC procedures have not been appropriately adhered to, resulting in prejudiced deliberations, or, the SPC's decision is arbitrary and capricious."

Upon review, your appeal to me does not contend that SPC procedures have not been appropriately adhered to, resulting in prejudiced deliberations, nor does it contend that SPC's decision was arbitrary and capricious. In addition, based upon my own review, I find no evidence that the SPC process was inappropriate. As you know, you were granted multiple extensions of the 6 year time limit to complete graduation requirements, but ultimately failed to meet the final deadline set by the Committee. The record indicates that the Committee was aware of your individual circumstances and considered them. Thus, the SPC's decision was neither arbitrary nor capricious.

Therefore, I deny your appeal and confirm that you are no longer able to enroll in the School of Medicine. Please know Deans Savoia, Guluma and Evans are happy to help discuss your plans, and I wish you success in your future endeavors.

Sincerely,

*Steven R Garfin, MD*

Steven R. Garfin, MD
Interim Dean, UC San Diego School of Medicine

cc: Maria Savoia, MD
    Student File