**To:** Baker, Laura <lmbaker@health.ucsd.edu>
**Cc:** Garfin, Steven <sgarfin@health.ucsd.edu>; Daniel, Michelle <midaniel@health.ucsd.edu>; Evans, Sean <sevans@health.ucsd.edu>; Marsich, Veronica <vmarsich@UCSD.EDU>; Kent, Leah <lkent@health.ucsd.edu>; Kirchhevel, Betty <bkirchhevel@health.ucsd.edu>; Martinez, Asia <acmartinez@ucsd.edu>
**Subject:** Re: DOE

Dear Laura Baker,

Thank you for the email. Will we still have the Zoom meeting tomorrow, or should we wait for the counsel from both sides to clarify if a future meeting is warranted?

Sincerely,

DOE


On Tue, Jul 12, 2022, 7:57 PM Baker, Laura <lmbaker@health.ucsd.edu> wrote:

> Dear Mr. DOE,
>
> On behalf of the Office of the Dean, thank you for your email and the written material provided. To be clear, this was intended as a courtesy meeting to provide an opportunity to hear from you but not as a formal appeal of any prior decision of the School of Medicine, as you have already exhausted your formal appeals rights. That said, we appreciate receiving this material. At this time, we believe it would be best to review the written materials you have provided and then to have our counsel reach out to your counsel to clarify the purpose and subject of any future meeting.
>
> Thank you very much again for your written submissions and we will be in touch with your legal representative very soon.
>
> Best regards,
> Laura
>
>
> Laura Baker
>
> Chief of Staff
>
> Office of the Dean, School of Medicine
>
> UC San Diego
>
> 858.534.0122 | lmbaker@health.ucsd.edu

**4 attachments**


**Bohn Letter.pdf**
95K


**Downs Letter.pdf**
34K


**Katzman Letter.pdf**
100K