| | |
|---|---|
| 1 | SANDRA L. McDONOUGH (SBN 193308)<br>sandy.mcdonough@quarles.com |
| 2 | KELLY M. BUTLER (SBN 342394)<br>kelly.butler@quarles.com |
| 3 | **QUARLES & BRADY LLP** |
| 4 | 101 West Broadway, Ninth Floor<br>San Diego, California 92101-8285 |
| 5 | Telephone: 619-237-5200<br>Facsimile: 619-615-0700 |
| 6 | Attorneys for THE REGENTS OF THE |
| 7 | UNIVERSITY OF CALIFORNIA |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>  Plaintiff,<br><br>  v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA and DOES 1 through 10, inclusive,<br><br>  Defendant. | Case No. 22-CV-1506 JLS (WVG)<br><br>**NOTICE OF CHANGE OF LAW FIRM AFFILIATION (CHANGE IN LAW FIRM AND EMAIL ADDRESS ONLY)**<br><br>Judge:         Janis L. Sammartino<br>Mag. Judge:  William V. Gallo<br>Crtrm.:         4D<br>Trial Date:    Not Set |

To the Court and to All Parties and Counsel of Record:

Please take notice that effective January 1, 2023, the attorneys of record for Defendant The Regents Of The University Of California (listed below) have all changed their law firm affiliation from Paul, Plevin, Sullivan & Connaughton LLP to Quarles & Brady LLP. Effective January 1, 2023, the email addresses for these attorneys are:

   Sandra L. Mcdonough
   sandy.mcdonough@quarles.com

   Kelly M. Butler
   kelly.butler@quarles.com

Case No. 22-CV-1506 JLS (WVG)

1 | There is no change in the mailing address or telephone numbers.  Please
2 | update your records accordingly.
3 | Dated:  January 5, 2023          QUARLES & BRADY LLP
4 |
5 |                                  By:    */s/ Sandra L. Mcdonough*
6 |                                         SANDRA L. McDONOUGH
                                            KELLY M. BUTLER
7 |                                         Attorneys for THE REGENTS OF THE
                                            UNIVERSITY OF CALIFORNIA
8 |