ROSA K. HIRJI | SBN 204722
 rosa@rkhlawoffice.com
ALEX RODRIGUEZ | SBN 322700
 alex@rkhlawoffice.com
**LAW OFFICES OF HIRJI & CHAU, LLP**
5173 Overland Avenue
Culver City, CA  90230
Tel. (310) 391-0330 // Fax (310) 943-0311

*Attorneys for Plaintiff* JOHN DOE

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>                    Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.: 22-CV-1506 JLS (WVG)<br>*Judge: Hon. Janis L. Sammartino*<br>*Mag. Judge: Hon. William V. Gallo*<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES RAISED IN DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>**[Fed. R. Civ. P. 12(f)]**<br><br>Hearing Date:  June 22, 2023<br>Hearing Time:  1:30 PM<br>Courtroom:   4D |

//
//
//
//
//
//
//

i

**[22-CV-1506 JLS (WVG)]**

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on June 22, 2023 at 1:30 PM, or as soon thereafter as the matter may be heard before Honorable Janis L. Sammartino, in Department 4D, of the United States District Court, Southern District of California, at the Edward J. Schwartz United States Courthouse, located at 221 West Broadway, San Diego, CA 92101, Plaintiff JOHN DOE will move and hereby does move this Court for an order striking Defendant's affirmative defenses raised in Defendant's Answer to Plaintiff's Complaint. (Dkt. No. 28). The grounds for this Motion to Strike are set forth below:

This Motion is made pursuant to Fed. R. Civ. P. 12(f) on the grounds that Defendant's affirmative defenses pleaded in Defendant's Answer to Plaintiff's Complaint are "insufficient defenses, or redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f). Furthermore, the affirmative defenses raised fail to meet the minimum "fair notice standard" required by pleading of facts, and/or not drawn or filed in conformity with the laws of this state, a court rule, or an order of the court. In addition, the Motion is made following the timely letter to Defendant's counsel, Kelly Butler, sent by email on May 10, 2023, setting forth the basis of this Motion and requesting the conference of counsel, and conference of counsel via telephone between Plaintiff's counsel and Defendant's counsel on May 12, 2023. Thus, the following affirmative defenses should be stricken:

1. "Second Affirmative Defense (Failure to Exhaust Administrative or Judicial Remedies): Plaintiff's claims are barred by reason of the fact that he has failed to exhaust all administrative or judicial remedies."
2. "Fourth Affirmative Defense (Unclean Hands): Plaintiff's claims are barred, in whole or in part, by the doctrine of unclean hands."
3. "Fifth Affirmative Defense (Laches): Plaintiff's claims are barred, in whole

or in part, by the doctrine of laches."

4. "Sixth Affirmative Defense (Estoppel): Plaintiff's claims are barred, in whole or in part, by the doctrine of estoppel."

5. "Seventh Affirmative Defense (Waiver): Plaintiff's claims are barred, in whole or in part, by the doctrine of waiver."

6. "Eighth Affirmative Defense (Statute of Limitations): Plaintiff's claims are barred by the applicable statutes of limitations, including but not limited to California Code of Civil Procedure sections 335.1, 338(a), and 340(a); and United States Code, title 29, section 794a."

7. "Tenth Affirmative Defense (Governmental Immunities): Defendant is informed and believes, and on that basis alleges, that Plaintiff's claims are barred by governmental immunities provided to public entities, including, but not limited to, the immunities provided in Government Code section 815, 815.2, 818, 818.8, 820.2, 820.8, 821.6, and 822.2, including all relevant subsections."

8. "Eleventh Affirmative Defense (Eleventh Amendment Immunity): Defendant is informed and believes, and on that basis alleges, Plaintiff's claims are barred by the Eleventh Amendment of the United States Constitution and the doctrine of sovereign immunity."

9. "Twelfth Affirmative Defense (Reservation of Rights): Defendant is informed and believes, and thereon alleges, that it may have additional, as yet unasserted defenses to Plaintiff's Complaint or the purported causes of action contained therein. Defendant specifically reserves the right to assert additional defenses as deemed appropriate at a later time."

//
//
//
//

1   This Motion will be based upon this Notice, the attached Memorandum of
2 Points and Authorities, the Declaration of Alex Rodriguez, Exhibit A, the files and
3 records in this matter, and on all other oral and documentary evidence as may be
4 presented at or before the hearing on this Motion.

6   DATED: May 15, 2023                LAW OFFICES OF HIRJI & CHAU, LLP

                                        _____
                                        Alexander F. Rodriguez
                                        Attorney for Plaintiff