ROSA K HIRJI | SBN 204722
  rosa@rkhlawoffice.com
ALEX RODRIGUEZ | SBN 322700
  alex@rkhlawoffice.com
**LAW OFFICES OF HIRJI & CHAU, LLP**
5173 Overland Avenue
Culver City, CA  90230
Tel. (310) 391-0330 // Fax (310) 943-0311

*Attorneys for Plaintiff* JOHN DOE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>  Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No.: 22-CV-1506 JLS (WVG)<br>*Judge: Hon. Janis L. Sammartino*<br>*Mag. Judge: Hon. William V. Gallo*<br><br>**DECLARATION OF ALEX RODRIGUEZ IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES RAISED IN DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT** |

//
//
//
//
//
//
//

**1**

## DECLARATION OF ALEX RODRIGUEZ IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES RAISED IN DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

I, Alex Rodriguez, hereby declare as follows:

1. I am an attorney duly admitted to practice law before this Court. I am one of the attorneys handling this matter. The facts set forth herein are based upon my personal knowledge. If called upon to do so, I could and would testify competently to the information set forth herein.

2. This declaration is submitted in support of Plaintiff's Motion to Strike Defendant's Affirmative Defenses Raised in Defendant's Answer to Plaintiff's Complaint.

3. Before filing this instant motion, the Parties met and conferred in good faith via telephone on May 12, 2023. The parties were unable to resolve the dispute.

4. On August 31, 2022, Plaintiff John Doe filed a complaint against Defendant Regents of the University of California with the United States District for the Court Central District of California. See Dkt. No. 1.

5. On September 28, 2022, the United States Court for the Central District of California granted Plaintiff's Motion to Transfer Venue to the United States District Court for the Southern District of California. See Dkt. No. 13.

6. On October 5, 2022, Plaintiff's Complaint was assigned to Judge Janis L. Sammartino and Magistrate Judge William V. Gallo with desigantated Case No. 22-CV-1506 JLS (WVG). See Dkt. No. 15.

7. On November 23, 2022, Defendant filed a Motion to Dismiss Plaitniff's Complaint. See Dkt. No. 19.

//
//
//
//

8. On April 10, 2023, this Court issued an Order on Defendant's Motion to Dismiss Plaintiff's Complaint, and found that Plaintiff's First Claim for Relief under Title II of the ADA and Second Claim for Relief Under the Rehabilitation Act did not require administrative or judicial exhaustion, and neither claim was barred by Eleventh Amendment Immunity. See Dkt. No. 27.

9. On April 24, 2023, Defendant filed an Answer to Plaintiff's Complaint. See Dkt. No. 28.

10. On May 10, 2023, Plaintiff's counsel sent Defendant's counsel a letter requesting a telephonic meet and confer regarding this instant Motion to Strike to Defendant's Affirmative Defenses. A true and correct copy is attached hereto as Exhibit A.

11. On May 12, 2023 Defendant's Counsel, Kelly Butler, and I engaged in a telephonic meet and confer regarding this instant Motion to Strike. During the meet and confer, Ms. Butler communicated that Defendant would not withdrawal any of its affirmative defenses, and believed they were all necessary for litigation. As a result of Defendant's position, Plaintiff was forced to bring this instant motion before this Court in order to saves time, money, and judicial resources that would be expended litigating these defenses prior to trial.

I declare the above to be true and correct under penalty of perjury of the laws of the State of California in Culver City, California on May 15, 2023.

_____
Alexander F. Rodriguez