SANDRA L. McDONOUGH (SBN 193308)
sandy.mcdonough@quarles.com
KELLY M. BUTLER (SBN 342394)
kelly.butler@quarles.com
**QUARLES & BRADY LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>  Plaintiff,<br><br>  v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA and DOES 1 through 10, inclusive,<br><br>  Defendant. | Case No. 22-CV-1506 JLS (WVG)<br><br>**KELLY M. BUTLER DECLARATION IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES RAISED IN DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Judge:         Janis L. Sammartino<br>Mag. Judge:  William V. Gallo<br>Crtrm.:         4D<br>Trial Date:   Not Set |

I, Kelly M. Butler, declare as follows:

1. I am an associate in Quarles & Brady LLP, attorneys of record for THE REGENTS OF THE UNIVERSITY OF CALIFORNIA ("The Regents") in the above-entitled matter, and am licensed to practice before this Court. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. Pursuant to Federal Rule of Civil Procedure 26(a)(1), The Regents provided its initial disclosure statement to Plaintiff on May 16, 2023. Plaintiff John Doe ("Plaintiff") provided his initial disclosure statement to The Regents on May 23, 2023.

3. Both parties exercised the option to describe categories of documents in the initial disclosures rather than produce documents. Neither party has otherwise produced documents to date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 8th day of June, 2023, at San Diego, California.

*/s/ Kelly M. Butler*
Kelly M. Butler