UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>                              Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA and DOES 1 through 10, inclusive,<br><br>                              Defendant. | Case No.: 22-CV-1506 JLS (WVG)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 30) |

Presently before the Court is Plaintiff's Motion to Strike Defendant's Affirmative Defenses (ECF No. 30). On its own motion, the Court **VACATES** the hearing currently set for June 22, 2023, at 1:30 p.m. and takes these matters under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: June 16, 2023

Hon. Janis L. Sammartino
United States District Judge