UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>           Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No.: 22-CV-1506 JLS (VET)<br><br>**ORDER SUA SPONTE CONTINUING OCTOBER 28, 2024 HEARING**<br><br>(ECF No. 52) |

Presently before the Court is Defendant Regents of the University of California's Motion for Summary Judgment ("MSJ," ECF No. 52), which is set for a hearing at 10:00 a.m. PDT on October 28, 2024. To accommodate its own schedule, which includes a three-week criminal trial set to begin on October 21, 2024, the Court sua sponte **CONTINUES** the hearing on Defendant's MSJ to <u>10:00 a.m. PST on November 13, 2024</u>, in Courtroom 4D of the Edward J. Schwartz United States Courthouse.

**IT IS SO ORDERED.**

Dated: October 18, 2024

                                                                *Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge