UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>                    Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.: 22-CV-1506 JLS (VET)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR REMOTE APPEARANCE**<br><br>(ECF No. 61) |

      Presently before the Court is Plaintiff John Doe's Request for Remote Appearance at the Hearing on the Motion for Summary Judgment ("Request," ECF No. 61). Plaintiff's counsel represents that Plaintiff is currently out-of-state but wishes to remotely observe the hearing on Defendant Regents of the University of California's Motion for Summary Judgment (ECF No. 52), currently set for 10:00 a.m. on December 5, 2024. Request at 3. Plaintiff's counsel will be present, in person, at the hearing, and Defendant does not oppose the Request. *See id.*

      Good cause appearing, the Court **GRANTS** the Request (ECF No. 61). Plaintiff's

///

///

///

counsel shall contact the Courtroom Deputy, Adrianna Garcia, at Adrianna_Garcia@casd.uscourts.gov to obtain the call-in information.

**IT IS SO ORDERED.**

Dated: December 4, 2024

Hon. Janis L. Sammartino
United States District Judge