UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>                              Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA and DOES 1 through 10, inclusive,<br><br>                              Defendants. | Case No.:  22-CV-1506 JLS (VET)<br><br>**ORDER SETTING PRETRIAL SCHEDULE**<br><br>(ECF No. 73) |

On February 18, 2025, the Court held a final Pretrial Conference in the above-captioned matter. ECF No. 73. During the Conference, the Parties agreed upon a schedule of pretrial dates and deadlines, which the Court previously set forth in a minute order. *See id.* The Court now formally **SETS** the following pretrial schedule of dates and deadlines in this matter:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| Event | Deadline |
|---|---|
| Responses in Opposition to Motions *in Limine* | March 27, 2025 |
| Motions *in Limine* Hearing | April 23, 2025, at 10:00 a.m. |
| Joint Statement of the Case, Voir Dire Questions, Proposed Jury Instructions, and Proposed Verdict Form | May 8, 2025 |
| Hearing on the above submissions | June 5, 2025, at 10:00 a.m. |
| Jury Trial | September 29, 2025, at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: February 18, 2025

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge