

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Doe<br><br>**Plaintiff,**<br>V.<br><br>Regents of The University of California et al<br><br>**Defendant.** | **FILED**<br>2025-03-26<br>CLERK U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY: A. Santiago, Deputy<br><br>Civil No. 22cv01506-JLS-VET |

**STRICKEN DOCUMENT:**

MOTION IN LIMINE 2

**Per Order #   85**

82, 82-1