

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

John Doe

**Plaintiff,**

V.

Regents of The University of California et al

**Defendant.**

**FILED**

2025-03-26

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:            A. Santiago  , Deputy

**Civil No.** 22cv01506-JLS-VET

**STRICKEN DOCUMENT:**

MOTION IN LIMINE 2

**Per Order #     85**

82, 82-1