

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JOHN DOE,

                           Plaintiff,

v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA,

                           Defendant.

Case No.:  22-CV-1506 JLS (VET)

**ORDER (1) SUA SPONTE STRIKING DEFENDANT'S MOTIONS IN LIMINE NOS. 2 & 3, AND (2) SUA SPONTE MODIFYING BRIEFING SCHEDULE**

(ECF Nos. 77, 82, 83)

       Presently before the Court is Defendant Regents of the University of California's Motions *in Limine* Nos. 2 and 3.  ECF No. 82, 83.  Numerous exhibits to the Motions contain Plaintiff's full name despite Plaintiff's intention to proceed anonymously in this litigation.  *See* ECF No. 76.  Plaintiff's Motion to Proceed Anonymously currently remains pending, and while the Court takes the time to resolve the Motion, it *sua sponte* **STRIKES** Defendant's Motions *in Limine* Nos. 2 and 3 (ECF Nos. 82, 83) under its inherent authority to manage its docket.  *See Cahill v. Insider Inc.*, No. 24-2199, 2025 WL 838264, at *4 (9th Cir. Mar.18, 2025).  If Defendant wishes to re-file its Motions *in Limine*, it **SHALL** follow proper sealing procedures for doing so, including lodging an unredacted version of the Motions, publicly filing a redacted version of the Motions, and publicly filing a motion to seal.  Such procedures are explained in more detail in Section 34 of the Protective Order, *see* ECF No. 48 at 12, Section 2.j of the Electronic Case Filing Administrative Policies and

Procedures Manual for the United States District Court for the Southern District of California ("ECF Manual"), *see* Office of the Clerk, United States District Court for the Southern District of California, *Electronic Case Filing Administrative Policies and Procedures Manual*, § 2.j (July 22, 2024), and Civil Local Rule 79.2.

Because Defendant did not file its Motions *in Limine*, until the afternoon before the opposition deadline, the Court also *sua sponte* modifies the briefing schedule as follows. Defendant **SHALL RE-FILE** its Motions *in Limine* Nos. 2 and 3 <u>on or before March 28, 2025</u>. Both Parties **SHALL FILE** their oppositions to the Motions *in Limine* <u>on or before April 4, 2025</u>. Defendant is cautioned that requests to seal must be narrowly tailored—a party may not seek to seal an entire document where redaction would suffice. *See Apex.AI, Inc. v. Langmead*, No. 5:23-CV-02230-BLF, 2023 WL 4157629, at *1 (N.D. Cal. June 23, 2023).

**IT IS SO ORDERED.**

Dated:  March 27, 2025

Hon. Janis L. Sammartino
United States District Judge