UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>                Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No.: 22-CV-1506 JLS (VET)<br><br>**ORDER RESETTING PRETRIAL HEARING** |

      On May 19, 2025, the Court vacated the June 5, 2025 hearing, which was previously set for discussion on the Parties' Joint Statement of the Case, Proposed Voir Dire Questions, Proposed Jury Instructions, and Proposed Verdict Form. ECF No. 114. Having now received and considered the Parties' Joint Status Report filed on May 23, 2025, ECF No. 115, the Court **RESETS** the hearing on the above submissions for <u>Tuesday, June 24, 2025, at 10:00 a.m.</u>, in Courtroom 4D of the Edward J. Schwartz United States Courthouse. The Court further **ORDERS** the Parties to file their pretrial submissions for the hearing on the docket <u>on or before May 30, 2025</u>, in accordance with S.D. Cal. Civil Local Rule 51.1. The Parties **MAY**, if they so desire, concurrently file a motion to seal the submissions so long as their request is properly tailored. In the event the Parties resolve any of their

///

1  disputes on the pretrial submissions ahead of the June 24, 2025 hearing, they **SHALL** file
2  their amended submissions no later than June 17, 2025.
3      **IT IS SO ORDERED.**
4  Dated: May 27, 2025

                                            Hon. Janis L. Sammartino
                                            United States District Judge