ROSA K. HIRJI | SBN 204722
  rosa@rkhlawoffice.com
ALEX RODRIGUEZ | SBN 322700
  alex@rkhlawoffice.com
**HIRJI, CHAU, & RODRIGUEZ, LLP**
5173 Overland Avenue
Culver City, CA 90230
Tel. (310) 391-0330 // Fax (310) 943-0311

*Attorneys for Plaintiff* JOHN DOE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>               Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, and DOES 1 through 10, inclusive,<br><br>               Defendants. | Case No.: 22-CV-1506 JLS (VET)<br>*Judge: Hon. Janis L. Sammartino*<br>*Mag. Judge: Hon. Valerie E. Torres*<br><br>**PLAINTIFF'S [PROPOSED] VERDICT FORM**<br><br>Complaint Filed: August 31, 2022<br>Trial Date: September 29, 2025 |

**PLEASE TAKE NOTICE:**

    Plaintiff hereby submit their joint proposed verdict form for the Court's consideration.

//
//
//
//
//
//

---

**1**
**PLAINTIFF'S [PROPOSED] VERDICT FORM**
**[22-CV-1506 JLS (WVG)]**

**Instructions to the Jury**

This verdict form contains questions related to the claims and defenses presented in this case. Please answer each question based on the evidence presented during the trial and the jury instructions you have been given. Your answers must be unanimous.

We answer the questions submitted to us as follows:

1. **Is Defendant, Regents of the University of California, a state government entity that receives federal funds, such as federal student loans?**

    _____ Yes _____ No

    If your answer to question 1 is "Yes", then answer question 2. If you answered "No", stop here, answer no further questions as to Plaintiff's Claim 1, and have the presiding juror sign and date this form.

2. **While he was in medical school at UCSD, is it more likely than not that Plaintiff [DOE] had a "disability" as defined by your jury instructions?**

    _____ Yes _____ No

    If your answer to question 2 is "Yes", then answer question 3. If you answered "No", stop here, answer no further questions as to Plaintiff's Claim 1, and have the presiding juror sign and date this form.

3. **Is it more likely than not that Plaintiff [DOE] was qualified to be a medical student at UCSD during the time he was enrolled there?**

    _____ Yes _____ No

    If your answer to question 3 is "Yes", then answer question 4. If you answered "No", stop here, answer no further questions as to Plaintiff's Claim 1, and have the presiding juror sign and date this form.

4. **Is it more likely than not that the Defendant, Regents of the University of California, received adequate notice of Plaintiff** DOE **disability and desire for a further extension of time to complete his last board exam and graduate?**

   _____ Yes _____ No

   If your answer to question 4 is "Yes", then answer question 5. If you answered "No", stop here, answer no further questions as to Plaintiff's Claim 1, and have the presiding juror sign and date this form.

5. **Is it more likely than not that the Defendant Regents of the University of California's September 2020 decision denying Plaintiff** DOE **further enrollment constituted one or more of the forms of discrimination as listed in the jury instructions No. [Insert]:**

   **(1) Denied him a reasonable accommodation;**
   **(2) Failed to reasonably modify a school policy;**
   **(3) Excluded or denied him the benefits of the medical school program;**
   **(4) Denied him the opportunity to participate in or benefit from an aid, benefit, or service of the medical school program;**
   **(5) Afforded him an opportunity to participate in or benefit from the program that was not equal to that afforded other students;**
   **(6) Provided him an aid, benefit, or service that was not as effective in affording equal opportunity to obtain the same result, to gain the same benefit, or to reach the same level of achievement as that provided to other students;**
   **(7) Otherwise limited him in the enjoyment of any right, privilege, advantage, or opportunity enjoyed by other students; or**
   //

**(8) Utilized criteria or methods of administration (a) that had the effect of subjecting Mr. [DOE] to discrimination on the basis of disability; or (b) that had the effect of defeating or substantially impairing accomplishment of the objectives of the medical school's program.**

_____ Yes _____ No

If your answer to question 5 is "Yes", then answer question 6. If you answered "No", stop here, answer no further questions as to Plaintiff's Claim 1, and have the presiding juror sign and date this form.

6. **Is it more likely than not that Defendant Regents of the University of California proved that granting Plaintiff [DOE] additional time to complete his last exam and graduate would have fundamentally altered the nature of the UCSD medical school's program?**

_____ Yes _____ No

If your answer to question 6 is "No", then answer question 7. If you answered "Yes", stop here, answer no further questions as to Plaintiff's Claim 1, and have the presiding juror sign and date this form.

//
//
//
//
//
//
//
//
//
//

7. **What amount of damages, if any, do you award to Plaintiff** ▆DOE▆ ▆▆▆▆▆?

    a. **Past Economic Loss**

        i. Lost Earnings: $_____

        ii. Lost Earning Capacity: $_____

        iii. Lost Tuition, Costs, and Living Expenses: $_____

        iv. Other Past Economic Loss: $_____

        **Total Past Economic Loss:** $_____

    b. **Future Economic Loss**

        i. Lost Earnings: $_____

        ii. Lost Earning Capacity: $_____

        iii. Other Future Economic Loss: $_____

        **Total Future Economic Loss:** $_____

    c. Nominal Damages: $_____

    d. General Damages: $_____

    e. Compensatory Damages: $_____

Please ensure that all questions have been answered. The foreperson should sign and date the verdict form below.

DATED: October___, 2025

                                                  Foreperson Signature

DATED: May 30, 2025            HIRJI, CHAU, & RODRIGUEZ, LLP

_/s/ Alexander F. Rodriguez_
Alexander F. Rodriguez
Attorneys for Plaintiff