SANDRA L. McDONOUGH (SBN 193308)
sandy.mcdonough@quarles.com
KELLY M. BUTLER (SBN 342394)
kelly.butler@quarles.com
**QUARLES & BRADY LLP**
101 West Broadway, Suite 1500
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA and DOES 1 through 10, inclusive,<br><br>    Defendant. | Case No. 22-CV-1506 JLS (VET)<br><br>**DEFENDANT THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S PROPOSED FORM OF VERDICT**<br><br>Judge:       Janis L. Sammartino<br>Mag. Judge:  Valerie E. Torres<br>Crtrm.:      4D<br>Trial Date:  Not Set |

We, the jury in the above-entitled case, answer the questions submitted to us as follows:

**DISABILITY DISCRIMINATION IN EDUCATION**

1. Has Plaintiff John DOE proved by a preponderance of the evidence that he had a disability, defined as a physical or mental impairment that substantially limits one or more of the major life activities?

_____   _____
Yes           No

If you answered "no" to Question 1, please skip all remaining questions and sign where indicated.

If you answered "yes" to Question 1, please answer the next question.

2. Has John DOE proved by a preponderance of the evidence that he was qualified to remain enrolled at the University of California, San Diego ("UCSD") School of Medicine?

_____   _____
Yes           No

If you answered "no" to Question 2, please skip all remaining questions and sign where indicated.

If you answered "yes" to Question 2, please answer the next question.

3. Has John DOE proved by a preponderance of the evidence that he was denied further registration at the UCSD School of Medicine solely because of his disability?

_____   _____
Yes           No

If you answered "no" to Question 3, please answer the next question.

If you answered "yes" to Question 3, please skip to Question 6.

/ / /

/ / /

**REASONABLE ACCOMMODATION**

4. Has John [DOE] proved by a preponderance of the evidence that The Regents received adequate notice of his disability and request for reasonable accommodation?

_____   _____
Yes         No

If you answered "no" to Question 4, please skip all remaining questions and sign where indicated.

If you answered "yes" to Question 4, please answer the next question.

5. Has John [DOE] proved by a preponderance of the evidence that a reasonable accommodation existed which would have enabled him to meet the UCSD School of Medicine's essential eligibility requirements?

_____   _____
Yes         No

If you answered "no" to Question 5, please skip all remaining questions and sign where indicated.

If you answered "yes" to Question 5, please answer the next question.

**GOOD FAITH INTERACTIVE PROCESS**

6. Has The Regents proved by a preponderance of the evidence that it demonstrated good faith efforts to identify and make a reasonable accommodation that would provide [DOE] with an equally effective opportunity to graduate from the UCSD School of Medicine?

_____   _____
Yes         No

If you answered "no" to Question 6, please answer the next question.

If you answered "yes" to Question 6, please skip all remaining questions and sign where indicated.

/ / /

**SUBSTANTIAL MODIFICATION**

7. Has The Regents proved by a preponderance of the evidence that providing John [DOE] requested accommodation would require a substantial or fundamental alteration of the UCSD School of Medicine's program or standards?

_____   _____
Yes        No

If you answered "no" to Question 7, please answer the next question.

If you answered "yes" to Question 7, please skip all remaining questions and sign where indicated.

**DAMAGES**

8. Did The Regents intentionally discriminate against John [DOE]

_____   _____
Yes        No

If you answered "no" to Question 8, please skip all remaining questions and sign where indicated.

If you answered "yes" to Question 8, please answer the next question.

9. Was John [DOE] harmed by The Regents' alleged unlawful conduct?

_____   _____
Yes        No

If you answered "no" to Question 9, please skip all remaining questions and sign where indicated.

If you answered "yes" to Question 9, please answer the next question.

10. Was The Regents' alleged unlawful conduct a substantial factor in causing harm to John [DOE]

_____   _____
Yes        No

If you answered "no" to Question 10, please skip all remaining questions and sign where indicated.

If you answered "yes" to Question 10, please answer the next question.

11. What amount of damages has John [DOE] proved by a preponderance of the evidence that he has suffered as a result of The Regents' unlawful actions?

    a. Economic loss, other than alleged lost earnings: $ _____

    b. Non-economic loss, including mental suffering: $ _____

                                TOTAL: $ _____

**DAMAGES – MITIGATION**

12. Has The Regents proved by a preponderance of the evidence that John [DOE] failed to use reasonable efforts to mitigate his damages?

   _____   _____
   Yes         No

If you answered "no" to Question 11, please skip all remaining questions and sign where indicated.

If you answered "yes" to Question 11, please answer the next question.

13. What is the amount by which John [DOE] damages should have been mitigated?

    a. Economic loss, other than alleged lost earnings: $ _____

    b. Non-economic loss, including mental suffering: $ _____

                                TOTAL: $ _____

After completing this Verdict Form, please have your Presiding Juror sign and date the form and notify the clerk that you have a verdict.

Dated: _____    _____

                                              Presiding Juror