# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>                    Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.: 22-CV-1506 JLS (VET)<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>(ECF No. 118) |

Presently before the Court is Plaintiff John Doe's *Ex Parte* Application for Leave to File Under Seal ("Appl.," ECF No. 118). Filing alongside the *Ex Parte* Application are redacted copies of the Parties' Joint Proposed Statement of the Case, the Parties' Joint Proposed Jury Instructions, Plaintiff's Proposed Verdict Form, and Defendant's Proposed Verdict Form, each of which at various places contain Plaintiff's true name. *See* ECF Nos. 120, 121, 122, 123. Also lodged alongside the *Ex Parte* Application is an unredacted copy of the same. ECF No. 119. The Court has already concluded that, during pretrial proceedings, Plaintiff's interests in maintaining anonymity outweigh the possible risk of prejudice to Defendant and interests of the public. *See generally* ECF No. 97. Thus, in line with the Court's most recent Order granting a narrowly tailored sealing request related to Plaintiff's identity, the Court **GRANTS** Plaintiff's *Ex Parte* Application for Leave to

File Under Seal (ECF No. 118). The Clerk of the Court **SHALL FILE** the lodged unredacted copy of the aforementioned pretrial filings (ECF No. 119) under seal.

**IT IS SO ORDERED.**

Dated: June 3, 2025

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge