UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　　　Defendants. | Case No.: 22-CV-1506 JLS (VET)<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>(ECF No. 128) |

Presently before the Court is Plaintiff John Doe's *Ex Parte* Application for Leave to File Under Seal ("Appl.," ECF No. 128). Filed alongside the *Ex Parte* Application is a redacted copy of the Parties' First Amended Proposed Jury Instructions, which at various places contains Plaintiff's true name. ECF No. 130. Also lodged alongside the *Ex Parte* Application is an unredacted copy of the same. ECF No. 129. The Court has already concluded that, during pretrial proceedings, Plaintiff's interests in maintaining anonymity outweigh the possible risk of prejudice to Defendant and interests of the public. *See generally* ECF No. 97. Thus, in line with the Court's most recent Order granting a narrowly tailored sealing request related to Plaintiff's identity, the Court **GRANTS** Plaintiff's *Ex Parte* Application for Leave to File Under Seal (ECF No. 128).

/ / /

1    The Clerk of the Court **SHALL FILE** the lodged unredacted copy of the Parties'
2 First Amended Proposed Jury Instructions (ECF No. 129) under seal.
3    **IT IS SO ORDERED.**

Dated: June 20, 2025

　　　　　　　　　　　　　　　　　　 *Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　 Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　 United States District Judge