UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>                        Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA and DOES 1 through 10, inclusive,<br><br>                      Defendants. | Case No.: 22-CV-1506 JLS (VET)<br><br>**ORDER (1) RECUSING FROM CASE AND (2) REQUESTING REASSIGNMENT** |

    The undersigned **HEREBY RECUSES** from this case and **REQUESTS** that another District Judge be assigned.

    **IT IS SO ORDERED.**

Dated: September 17, 2025

                                                       *Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge