UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 22-CV-1506-JES-VET<br><br>**SPECIAL VERDICT FORM** |

You are instructed to answer the following questions. You must all agree on your answers to each question for which an answer is required.

**DISABILITY DISCRIMINATION:**

1. Do you find that, while he was enrolled in medical school at UCSD School of Medicine, Plaintiff Jared Molitoris had a "disability" as defined in the jury instructions?

　　　　　　　X　 YES　　　　　＿＿ NO

*If your answer to question 1 is "**YES**," then answer question 2. If you answered "**NO**," please skip all remaining questions and sign where indicated.*

1

2. Do you find that, at the time his request for a graduation deadline extension was denied, Plaintiff Jared Molitoris was a "qualified individual" as defined in the jury instructions to remain as a medical student at UCSD School of Medicine?

                 **X** YES          ____ NO

*If your answer to question 2 is "**YES**," then answer question 3. If you answered "**NO**," please skip all remaining questions and sign where indicated.*

3. Do you find that Defendant UCSD School of Medicine denied Plaintiff Jared Molitoris's request for a graduation deadline extension because of his disability?

                 ____ YES          **X** NO

*If your answer to question 3 is "**YES**," then answer question 4. If you answered "**NO**," please skip all remaining questions and sign where indicated.*

**REASONABLE ACCOMMODATION:**

4. Do you find that Defendant UCSD School of Medicine received adequate notice of Plaintiff Jared Molitoris's disability and request for a graduation deadline extension?

   \_\_\_\_\_ YES   \_\_\_\_\_ NO

*If your answer to question 4 is "**YES**," then answer question 5. If you answered "**NO**," please skip all remaining questions and sign where indicated.*

5. Do you find that Plaintiff Jared Molitoris's requested graduation deadline extension was a reasonable accommodation?

   \_\_\_\_\_ YES   \_\_\_\_\_ NO

*If your answer to question 5 is "**YES**," then answer question 6. If you answered "**NO**," please skip all remaining questions and sign where indicated.*

6. Do you find that Plaintiff Jared Molitoris's requested graduation deadline extension would have fundamentally or substantially altered the nature of UCSD School of Medicine's program or standards?

   \_\_\_\_\_ YES   \_\_\_\_\_ NO

*If your answer to question 6 is "**NO**," then answer question 7. If you answered "**YES**," please skip all remaining questions and sign where indicated.*

**DAMAGES:**

7. Do you find that Defendant UCSD School of Medicine exercised deliberate indifference in denying Plaintiff Jared Molitoris's request for a graduation deadline extension?

　　　　　____ YES　　　____ NO

*If your answer to question 7 is "**YES**," then answer question 8.  If you answered "**NO**," please skip all remaining questions and sign where indicated.*

8. What is the total amount of Plaintiff Jared Molitoris's economic and non-economic damages?  Non-economic damages are damages that are not easily quantifiable, such as those for garden-variety emotional distress.

　　　ECONOMIC TOTAL　　　$_____

　　　NON-ECONOMIC TOTAL $_____

**Please have your Presiding Juror date and sign this form and return it to the Court.**

Dated: December 12, 2025　　　　　[redacted]

　　　　　　　　　　　　PRESIDING JUROR