# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA and DOES 1 through 10, inclusive,<br><br>    Defendant. | Case No.: 22-cv-1506-JES-VET<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO AFFIRM EVIDENTIARY RULING**<br><br>**[ECF No. 156]** |

    Before the Court is Defendant Regents of the University of California's motion to affirm the Court's evidentiary ruling regarding the inadmissibility of Plaintiff John Doe's Neuropsychological Assessment. ECF No. 156. The Court held a jury trial in this matter beginning on December 1, 2025, which concluded with judgment in Defendant's favor on December 12, 2025. ECF Nos. 147, 158.

    The Court discussed this and other motions with the parties over the course of the trial, and ruled on evidence offered and objected to from the bench. In light of the

conclusion of the trial and its disposition in Defendants' favor, the Court now **DENIES AS MOOT** this motion.

      **IT IS SO ORDERED.**

Dated: January 5, 2026

                                                     */s/ James E. Simmons Jr.*

                                            Honorable James E. Simmons Jr.
                                            United States District Judge