UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE<br><br>                                    Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA and DOES 1 through 10, inclusive,<br><br>                                    Defendant. | Case No.: 22-cv-1506-JES-VET<br><br>**ORDER:**<br><br>**(1) GRANTING MOTION TO WITHDRAW AS COUNSEL; and**<br><br>**(2) RESETTING DEADLINES FOR POST-TRIAL MOTIONS**<br><br>**[ECF Nos. 158, 174]** |

Before the Court is Plaintiff John Doe's motion to withdraw as counsel his attorneys Alexander Faustino Rodriquez, Christopher H. Knauf, and Rosa Karim Hirji (collectively, "Counsel"). ECF No. 174. Counsel seek to withdraw due to Plaintiff's unequivocal request that they withdraw, and his desire to proceed *pro se*. *Id.* at 4.

Good cause appearing, the Court **GRANTS** the motion. The Clerk of Court shall amend the docket to reflect that Counsel no longer represent Plaintiff, and that Plaintiff is proceeding *pro se*. The Clerk shall update Plaintiff's contact information to the following: Plaintiff John Doe, 945 S Birch St #460491, Denver, CO 80246, Tel: (317).385.0436, and Email: Jared.molitoris@gmail.com. The Court notes that Plaintiff does not have *pro se*

1

electronic filing privileges. He will therefore be served by mail unless and until he receives Court approval for electronic filing privileges, pursuant to the U.S. District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual Section 2(b).

The Court previously set a deadline of January 26, 2026, for any post-trial motions. ECF No. 158. Considering this order and Plaintiff's novel *pro se* status, the Court hereby **VACATES** the previous deadline and **SETS** a deadline for any post-trial motions of **Friday, February 13, 2026.**

**IT IS SO ORDERED.**

Dated: January 29, 2026

_____
Honorable James E. Simmons Jr.
United States District Judge

22-CV-1506-JES-VET