UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE<br><br>                            Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA and DOES 1 through 10, inclusive,<br><br>                            Defendant. | Case No.: 22-cv-1506-JES-VET<br><br>**ORDER SUBMITTING MOTION**<br><br>**[ECF Nos. 180, 181]** |

//

//

//

//

//

//

//

//

//

//

//

1

Pending before the Court is a filing by *pro se* Plaintiff John Doe's Notice of Lodgment in Support of Plaintiff's Post-Trial Motions for an Amended Finding and a New Trial, which the Court construes as (1) a motion for amended finding under Federal Rule of Civil Procedure 52(b), and (2) a motion for a new trial under Rule 59. ECF No. 180-1 ("Mot"); ECF No. 181.

The Court finds the matter appropriate for disposition without oral argument. The Court takes the matter under submission on the papers pursuant to Civil Local Rule7.1(d)(1) and **VACATES** the hearing set for March 27, 2026, at 3:00 p.m.

**IT IS SO ORDERED.**

Dated: March 20, 2026

_____

Honorable James E. Simmons Jr.
United States District Judge