John Doe (pro-se litigant)
945 S. Birch St. #460491
Denver, CO 80246



FILED

AUG 4 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ TAC ___DEPUTY

# UNITED STATES

## DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

## AND COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHN DOE,<br><br>                    Plaintiff,<br><br>v.<br><br>REGENTS OF THE<br>UNIVERSITY OF CALIFORNIA,<br>and DOES 1 through 10, inclusive,<br><br>                    Defendants. | 9th Cir. Case Number 26-4700<br>District Case #3:22-CV-1506 JES (VET)<br><br>**PLAINTIFF'S MOTION TO REQUEST ENTRY OF JUDGMENT FROM THE DISTRICT COURT ON A SEPARATE DOCUMENT (Fed. R. Civ. P. 58(a))**<br><br>Date:           August 4, 2026<br><br>Judge:          James E. Simmons, Jr.<br>Mag. Judge:     Valerie E. Torres<br>Courtroom:      4B<br>Trial Date:     December 1, 2025 |

9th Cir. Case Number 26-4700; Southern District of California Case #3:22-CV-1506 JES (VET)

## INTRODUCTION

Plaintiff John Doe ("Plaintiff" or "Doe") moves the District Court under Fed. R. Civ. P. 58(a) to enter judgment on a separate document for the underlying legal case. This is to ensure the final judgment is clear and separate from the District Court's Order Denying Motion for [an] Amended Finding and Motion for a New Trial ("Appealable Order," ECF No. 198).

## MOTION TO REQUEST ENTRY OF JUDGMENT FROM THE DISTRICT COURT ON A SEPARATE DOCUMENT DISTINCT FROM THE APPEALABLE ORDER (Fed. R. Civ. P. 58(a))

The District Court entered a jury verdict on 12/15/2025. ECF No. 162. The District Court entered judgment denying Plaintiff's motion for an amended verdict and denying Plaintiff's motion for [a] new trial, and the District Court closed the underlying legal case on 6/23/2026. ECF No. 199. A separate document was set out for this Appealable Order regarding some of the post-trial motions available to Plaintiff, but no entry of judgment or a separate document were set out for the underlying legal case. ECF No. 198. This entry of judgment set out on a separate document for the underlying legal case is necessary to define the final judgment and protect Plaintiff's appeal rights, specifically for relief from a judgment under Fed. R. Civ. P. 60.

## CONCLUSION

For the foregoing reasons, Plaintiff John Doe proceeding *pro se* respectfully requests this Southern District of California Court to enter judgment on a separate document for the underlying legal case distinct from the Appealable Order.