UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE<br>Plaintiff,<br>v.<br>REGENTS OF THE UNIVERSITY OF CALIFORNIA and DOES 1 through 10, inclusive,<br>Defendant. | Case No.: 22-cv-1506-JES-VET<br>**ORDER:**<br>**(1) GRANTING MOTION FOR ENTRY OF JUDGMENT ON A SEPARATE DOCUMENT; and**<br>**(2) REQUIRING JOINT STATUS REPORT**<br>**[ECF No. 209]** |

Before the Court is *pro se* Plaintiff John Doe's motion to request entry of judgment on a separate document pursuant to Rule 58. ECF No. 209. Defendant filed a non-opposition to the motion. ECF No. 212. The Court thus **GRANTS** the motion. The parties **SHALL** meet and confer regarding the requested entry of judgement, and **SHALL** file a

joint status report including a proposed special verdict entry of judgment no later than **<u>September 2, 2026</u>**.

**IT IS SO ORDERED.**

Dated: August 19, 2026



Honorable James E. Simmons Jr.
United States District Judge