**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE,<br>Plaintiff,<br>v.<br>REGENTS OF THE UNIVERSITY OF CALIFORNIA and DOES 1 through 10, inclusive,<br>Defendant. | Case No. 3:22-cv-01506-JES-VET<br>**JUDGMENT** |

This action was tried before a jury. Trial commenced on December 1, 2025, and the jury returned its verdict on December 12, 2025.

The jury found as follows:

1. Do you find that, while he was enrolled in medical school at UCSD School of Medicine, Plaintiff Jared Molitoris had a "disability as defined in the jury instructions?

___X___ YES        ________ NO

2. Do you find that, at the time his request for a graduation deadline extension was denied, Plaintiff Jared Molitoris was a "qualified individual" as defined in the jury instructions to remain as a medical student at UCSD School of Medicine?

___X___ YES        ________ NO

3. Do you find that Defendant UCSD School of Medicine denied Plaintiff Jared Molitoris's request for a graduation deadline extension because of his disability?

_______ YES ___X___ NO

Based upon the jury's verdict, it is hereby **ADJUDGED** that judgment in this matter is entered in favor of Defendant The Regents of the University of California, and against Plaintiff John Doe.

The Clerk is instructed to enter this Judgment and to give notice of entry to the parties.

**IS IT SO ADJUDGED.**

Dated: September 21, 2026

Honorable James E. Simmons Jr.
United States District Judge