UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE<br>Plaintiff,<br>v.<br>REGENTS OF THE UNIVERSITY OF CALIFORNIA and DOES 1 through 10, inclusive,<br>Defendants. | Case No.: 22-cv-1506-JES-VET<br>**ORDER:**<br>**(1) DENYING MOTION FOR PRELIMINARY INJUNCTION, and**<br>**(2) STRIKING IMPROPER FILINGS.**<br>**[ECF No. 224]** |

Before the Court is *pro se* Plaintiff John Doe's motion for preliminary injunction. ECF No. 224.

Rule 65(a) governs preliminary injunctions, the purpose of which is "to preserve the relative positions of the parties until a trial on the merits can be held." *Univ. of Tex. v. Camenisch*, 451 U.S. 390, 395 (1981); *see also* Fed. R. Civ. P. 65(a). This Court held a trial on the merits of the instant case in December 2025, and a final judgment was entered against the Plaintiff. *See* ECF No. 223. Thus, this motion is improper at this stage in litigation. *See Salazar v. Calderin*, No. 2:19-cv-01870-APG-BNW, 2021 WL 982316 at *1 (D. Nev. Mar. 15, 2021) ("A preliminary injunction is an injunction issued *before* judgment

is entered in a case.") (emphasis added); *U.S. Philips Corp. v. KBC Bank N.V.*, 590 F.3d 1091, 1093–94 (9th Cir. 2010). This Court is aware that Plaintiff has filed an appeal with the Ninth Circuit, which will provide a more appropriate forum for the relief Plaintiff seeks. *See* ECF No. 205.

For the foregoing reasons, the Court **DENIES** the motion. The Court also **DIRECTS** the Clerk of the Court to **STRIKE** the improper filing (ECF No. 224).

**IT IS SO ORDERED.**

Dated: October 9, 2026



Honorable James E. Simmons Jr.
United States District Judge