UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 20 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JOHN DOE,

Petitioner - Appellant,

v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA and DOES, 1 through 10, inclusive,

Respondents - Appellees.

No. 26-4700

D.C. No.
3:22-cv-01506-JES-VET
Southern District of California,
San Diego

ORDER

Before: TALLMAN and TUNG, Circuit Judges.

The motion (Docket Entry No. 21) for injunctive relief is denied.

The existing briefing schedule remains in effect.